

*FORM TO BE USED BY A PRISONER FILING AN*
*APPLICATION TO PROCEED IN FORMA PAUPERIS*
*IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

## I. CAPTION

**Troy Lamont Moore, Sr.**
_____

**14   3873**

*(Enter the full name of plaintiff or*
*plaintiffs)*

v.

**Louis Giorla, Commissioner,**
_____

**Major Martin, Corrections Officer Walden**
_____

**and McGrogan, RN Medical Nurse.**
_____
*(Enter the full name of defendant or*
*defendants)*

*Instructions:*

*The caption of this application should be **identical** to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.*

## II. DECLARATION

*I, (your name)* **Troy Lamont Moore** *, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of in forma pauperis status does not waive payment of the full filing fee.*

*In further support of this application, I provide the following information:*

*1. Do you presently have prison employment?*      *yes* (XX) *no* ( )

*2. If you are not employed do you have other income?*    *yes* ( ) *no* ( ) **do not apply**

*3. If "yes" to either of above, state source of monthly income and amount.*

   *source* **$1.14 per day and Veterans benefit**   *amount* **$65.00** *per month.*

*4. If "no," state date and place of last employment and amount of monthly*   *income.*

   *date and place* **do not apply**   *amount* _____

*5. Do you have money in a prison account? yes* (XX) *no* ( ) *amount* **$370.00**
*6. Do you have money in a bank account?   yes* ( ) *no* (XX) *amount* _____

*7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?*      *yes* ( ) *no* (XX)

   *If "yes," describe property* **do not apply**   *value* _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

**two children and one grand child/$50.00 per month**

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment yes ( ) no (x)

b. Rent payments, interest or dividends             yes ( ) no (xx)

c. Pensions, annuities or life insurance payments     yes ( ) no (xx)

d. Gifts or inheritances                        yes ( ) no (xx)

e. Any other sources                          yes ( ) no (xxx)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

**no**

## III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_____          **6-15-2014**
SIGNATURE OF PLAINTIFF                      DATE

## IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances;** and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ **227.53** on account to his credit at the **SCI-Forest** institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ **223.01** ; and that the average monthly deposits during the during the last six months were $ **155.41** .

_Walter  Accountant_                        **6/18/14**
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL        DATE

Page 2



**Integrated Offender Case Management System**

**Offender Transaction History**

6/18/2014 9:10:30 AM

cawalter

| From Date: | 12/18/2013 12:00:00 AM | To Date: | 6/18/2014 12:00:00 AM |
|---|---|---|---|

Sort By:    Transaction Date - DESC



RECEIVED

JUN 2 3 2014

| Batch# | Txn Date | Txn Description | Txn Amount ($) | Balance After Transaction($) | Details |
|---|---|---|---|---|---|
| | | | | | |

**Offender ID: 3013AY  Case ID: FE2483  Offender Name: MOORE, TROY  Location: A-B-2054-01**

**Escrow Balance: 0.00  Current Balance: 227.53  Institution: Forest**

| Batch# | Txn Date | Txn Description | Txn Amount | Balance After | Details |
|---|---|---|---|---|---|
| FRS-025686 | 06/17/2014 | 14 - Gov Checks/VA | +130.94 | 227.53 | VA COMP FOR MAY |
| FRS-025675 | 06/16/2014 | 32 - Commissary | -35.30 | 96.59 | FRS COMMISSARY FOR 06/16/2014 |
| FRS-025623 | 06/12/2014 | 10 - Maintenance Payroll | +15.96 | 131.89 | GRP 2 - 7th -6th |
| FRS-025559 | 06/10/2014 | 37 - Postage | -0.48 | 115.93 | First Class Mail |
| FRS-025557 | 06/10/2014 | 37 - Postage | -0.48 | 116.41 | First Class Mail |
| FRS-025548 | 06/09/2014 | 32 - Commissary | -299.00 | 116.89 | FRS COMMISSARY FOR 06/09/2014 |
| FRS-025481 | 06/04/2014 | 10 - Maintenance Payroll | +1.00 | 415.89 | GRP 1 - 1st - End of Month |
| FRS-025485 | 06/04/2014 | 36 - Printed Materials | -30.00 | 414.89 | ASHWORTH COLLEGE |
| FRS-025434 | 06/02/2014 | 32 - Commissary | -8.40 | 444.89 | FRS COMMISSARY FOR 06/02/2014 |
| FRS-025411 | 06/02/2014 | 13 - Personal Gifts | +50.00 | 453.29 | LEWIS          , TRACY |
| FRS-025361 | 05/27/2014 | 32 - Commissary | -53.10 | 403.29 | FRS COMMISSARY FOR 05/27/2014 |
| FRS-025280 | 05/19/2014 | 32 - Commissary | -30.46 | 456.39 | FRS COMMISSARY FOR 05/19/2014 |
| FRS-025267 | 05/19/2014 | 10 - Maintenance Payroll | +10.80 | 486.85 | GRP 3 - 14th -13th |
| FRS-025267 | 05/19/2014 | 10 - Maintenance Payroll | +4.32 | 476.05 | GRP 3 - 14th -13th |
| FRS-025178 | 05/12/2014 | 41 - Medical Co-Pay | -10.00 | 471.73 | COPAY 5/7/14 + 1 RX |
| FRS-025175 | 05/12/2014 | 32 - Commissary | -64.16 | 481.73 | FRS COMMISSARY FOR 05/12/2014 |
| FRS-025146 | 05/09/2014 | 14 - Gov Checks/VA | +130.94 | 545.89 | VA COMP FOR APR |
| FRS-024924 | 04/24/2014 | 44 - Inmate Organization | -5.00 | 414.95 | HFC April permanent saltes |
| FRS-024907 | 04/23/2014 | 32 - Commissary | +1.78 | 419.95 | FRS COMMISSARY CR FOR 04/23/2014 |
| FRS-024869 | 04/21/2014 | 32 - Commissary | -8.23 | 418.17 | FRS COMMISSARY FOR 04/21/2014 |
| FRS-024833 | 04/17/2014 | 10 - Maintenance Payroll | +6.48 | 426.40 | GRP 3 - 14th -13th |
| FRS-024784 | 04/14/2014 | 32 - Commissary | -36.46 | 419.92 | FRS COMMISSARY FOR 04/14/2014 |
| FRS-024724 | 04/10/2014 | 32 - Commissary | +1.78 | 456.38 | FRS COMMISSARY CR FOR 04/10/2014 |
| FRS-024672 | 04/07/2014 | 32 - Commissary | -22.31 | 454.60 | FRS COMMISSARY FOR 04/07/2014 |



**Integrated Offender Case Management System**

**Offender Transaction History**

6/18/2014 9:10:30 AM

cawalter

| | | | | |
|---|---|---|---|---|
| **From Date:** | 12/18/2013 12:00:00 AM | **To Date:** | 6/18/2014 12:00:00 AM | |
| **Sort By:** | Transaction Date - DESC | | | |

| Batch# | Txn Date | Txn Description | Txn Amount ($) | Balance After Transaction($) | Details |
|---|---|---|---|---|---|
| | 04/02/2014 | Transfer In | | 476.91 | Forest |
| | 04/02/2014 | Transfer Out | | 476.91 | Graterford |
| GRA-023118 | 04/02/2014 | 14 - Gov Checks/VA | +130.94 | 476.91 | VA Comp for Mar - Ck 4031 10891913 |
| | 04/02/2014 | Transfer In | | 345.97 | Graterford |
| | 04/02/2014 | Transfer Out | | 345.97 | Forest |
| | 04/02/2014 | Transfer In | | 345.97 | Forest |
| | 04/02/2014 | Transfer Out | | 345.97 | Graterford |
| GRA-023077 | 03/30/2014 | 13 - Personal Gifts | +100.00 | 345.97 | SADLER          , WILBERT |
| GRA-023008 | 03/24/2014 | 36 - Library Copies | -0.10 | 245.97 | Xerox Copy(s) |
| GRA-022994 | 03/24/2014 | 10 - Maintenance Payroll | +11.52 | 246.07 | GRP 4 - 21st -20th |
| GRA-022934 | 03/18/2014 | 32 - Commissary | -33.55 | 234.55 | GRA COMMISSARY FOR 03/18/2014 |
| GRA-022911 | 03/17/2014 | 13 - Personal Gifts | +100.00 | 268.10 | SADLER          , WIRBERT |
| GRA-022844 | 03/11/2014 | 32 - Commissary | -28.57 | 168.10 | GRA COMMISSARY FOR 03/11/2014 |
| GRA-022775 | 03/05/2014 | 13 - Personal Gifts | +29.18 | 196.67 | U.S. TREASURY 4030 29817238 |
| GRA-022763 | 03/04/2014 | 14 - Gov Checks/VA | +130.94 | 167.49 | |
| GRA-022759 | 03/04/2014 | 32 - Commissary | -26.31 | 36.55 | |
| GRA-022726 | 03/03/2014 | 13 - Personal Gifts | +60.00 | 62.86 | |
| GRA-022609 | 02/21/2014 | 10 - Maintenance Payroll | +15.84 | 2.86 | |
| GRA-022256 | 01/22/2014 | 10 - Maintenance Payroll | +3.60 | -12.98 | |

*Handwritten annotations:*

Ave Balance

```
       12·98 -
        2·86 +
      246·07 +
      418·17 +
      456·39 +
      227·53 +
004•••••••••••••
    1,338·04 *

    1,338·04 ÷
          6· =
      223·01 *
```

Ave Deposit

```
        3·60 +
       15·84 +
       60·00 +
      130·94 +
       29·18 +
      100·00 +
       11·52 +
      100·00 +
      130·94 +
        6·48 +
      130·94 +
        4·32 +
       10·80 +
       50·00 +
        1·00 +
       15·96 +
      130·94 +
017•••••••••••••
      932·46 *

      932·46 ÷
          6· =
      155·41 *
```