IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

~ILED JUN 2 6 2014

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al. | : | NO.  14-3873 |

## ORDER

AND NOW, this $2\phantom{l}6$ day of June, 2014, upon consideration of plaintiff's motion to

proceed *in forma pauperis* and his pro se complaint, it is ORDERED that:

1.  Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2.  Plaintiff, Troy Lamont Moore, Sr., #FE-2483, shall pay the full filing fee of $350

in installments, pursuant to 28 U.S.C. § 1915(b).  Based on the financial information provided by

plaintiff, an initial partial filing fee of $44.60 is assessed.  The Superintendent or other

appropriate official at the State Correctional Institution at Forest or at any other prison at which

plaintiff may be incarcerated is directed to deduct $44.60 from plaintiff's inmate trust fund

account, when such funds become available, and forward that amount to the Clerk of the United

States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609,

Philadelphia, PA 19106, to be credited to Civil Action No. 14-3873.  After the initial partial

filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate

official at the State Correctional Institution at Forest or at any other prison at which plaintiff may

be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund

account exceeds $10, an amount no greater than 20 percent of the money credited to his account

during the preceding month and forward that amount to the Clerk of Court at the address

provided above to be credited to Civil Action No. 14-3873.

ENTERED

JUN 2 6 2014

CLERK OF COURT

3.     The complaint is to be filed and the summonses are to issue.  Service of the summonses and the complaint is to be made upon the defendants by the U.S. Marshals Service.

4.     All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court.  Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*).  Service may be made by mail.  Proof that service has been made is provided by a certificate of service.  The certificate of service should be filed in the case along with the original papers and should show the day and manner of service.  An example of a certificate of service by mail follows:

> "I,  (name), do hereby certify that a true and correct
> copy of the foregoing (name of pleading or other paper)
> has been served upon (name(s) of person(s) served) by
> placing the same in the U.S. mail, properly addressed,
> this (day) of (month), (year).
>
> _____
>      (Signature)"

5.     Any request for court action shall be set forth in a motion, properly filed and served.  The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court.  The Federal Rules of Civil Procedure and local rules are to be followed.  Plaintiff is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days.  Failure to do so may result in dismissal of this action.

6.     Plaintiff is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute."  Plaintiff shall attempt to resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence.

7.      No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk.

8.      In the event the summons is returned unexecuted, it is plaintiff's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the defendant's correct address, so service can be made.

9.      The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

10.     The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Forest.

BY THE COURT:

EDUARDO C. ROBRENO, J.