UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA(PHILADELPHIA)

| | | |
|---|---|---|
| TROY MOORE,<br>    Plaintiff | : | CIVIL ACTION NO. 2:14-cv-03873 |
| v. | : | HONORABLE EDUARDO C. ROBRENO |
| LOUIS GIORLA, et al.,<br>    Defendants | : | |



FILED
SEP 26 2014
\_\_\_ E. KUNZ, Clerk
B;_____Dep. Clerk

MOTION TO COMPEL

1. Pursuant to Fed.R.Civ.P. Rule 45(c)(2)(B), plaintiff --- compelling defendants to inspect documents and video footage to support his claims. Which is the following:

a. Video Footage on 9-16-2013 from 6:00-3:00 a.m., through 3:00-11:00 p.m.

b. On 9-16-2013 through 9-25-2013 for repair reports for G2 at cell 18.

c. Medical Records on 9-16-2013 and 9-17-2013 regarding being sick from human waste on 9-16-2013.

SOUGHT OF RELIEF

d. WHEREFORE, plaintiff prays that this honorable court grant a conference hearing within 14 days to instruct defendants to release said video footage, repair report for cell 18 at G2 and medical records. If some reason, the video footage becomes lost or destroyed, plaintiff will be seeking for damage in the amount of $100,000 or a settlement. Plaintiff instructed defendants in his grievance to preserved video footage.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA(PHILADELPHIA)

TROY MOORE,                    :   CIVIL ACTION NO. 2:14-cv-03873
    Plaintiff          :
                       :   HONORABLE EDUARDO C. ROBRENO
v.

LOUIS GIORLA, et al.,          :
    Defendants

## CERTIFICATE OF SERVICE

I, Troy Moore, hereby certify that on Friday, September 19, 2014, I served a true and correct copy of the plaintiff's Motion To Compel to the party indicated below by first class mail.

Louis Giorla, Commissioner
Industrial Correctional Center
8301 State Road
Philadlphia, Pa 19136

RESPECTFULLY SUBMITTED,

Troy Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

September 19, 2014

Ofice of the Clerk
United States District Court
Room 2609
601 Market Street
Philadelphia, Pa 19106

       In Re: Troy Moore v. Louis Giorla, et al.,
            Civil Action No. 14-3873

Dear Clerk:

    Enclosed please find a copy of an Order along with Motion To Compel and Brief attached with Exhibit 1 to eb filed at your office timely to be served to Judge Eduardo C. Robreno. Thanking you in advance for your consideration and cooperation.

**RECEIVED**

**SEP 26 2014**

                                      RESPECTFULLY SUBMITTED,

                                      TRoy Moore
                                      FE-2483
                                      SCI-Forest
                                      P.O. Box 945
                                      Marienville, Pa 16239

cc:
file/TM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| TROY MOORE,<br>    Plaintiff | :   CIVIL ACTION NO.2:14-cv-03873<br>: |
| v. | :   HONORABLE EDUARDO C. ROBRENO |
| LOUIS GIORLA, et a.,<br>    Defendants | : |

### ORDER

AND NOW, _____day_____2014, upon consideration of plaintiff Motion to Compel and Defendants appropriate Attorney response thereto, if any, it is hereby ordered that said motion is granted.

 

_____
                                                                                 J.

Inmate Name  TROY L. MOORE SR.  DC# FE2483
Housing Unit: AB2041
SCI Forest
PO Box 945
Marienville, PA 16239

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 2609
601 MARKET STREET
PHILADELPHIA, PA. 19106

Inmate Mail Dept. of Corrections
1910681796