IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR. : CIVIL ACTION

V. : NO. 13-3873

MARGARET McGROGAN, RN, et al. :

ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

 Please enter my appearance on behalf of defendant, Margaret McGrogan, RN, in connection with the above-captioned matter.

 A jury trial is hereby demanded.

       GOLD & FERRANTE, P.C.

    BY:  /S/ ALAN S. GOLD
       ALAN S. GOLD
       Attorney for Defendant,
       Margaret McGrogan, RN

       261 Old York Road, Suite 526
       Jenkintown, PA 19046
       (215)885-1118

CERTIFICATE OF SERVICE

      I hereby certify that I have sent a true and correct copy of my Entry of Appearance on behalf of defendant, Margaret McGrogan, RN, via US First Class Regular Mail on this date to the following individuals:

Troy Lamont Moore, Sr., FE-2483
SCI-Forest
PO Box 945
Marienville, PA 16239-0945

                                                 /s/ ALAN S. GOLD
                                               ALAN S. GOLD

Dated: October 23, 2014