DATE OF NOTICE: November 1, 2014

             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


**TROY LAMONT MOORE, SR.**            :   **CIVIL ACTION**
                                      :
              **VS.**                 :   **NO.: 14-CV-03873**
                                      :
**LOUIS GIORLA, ET AL.**              :

                        **N O T I C E**

**Please be advised that an initial pretrial conference and hearing on Plaintiff's Motion to Compel (ECF#: 4) will be held by telephone on December 3, 2014 at 2:00 p.m. with the Honorable Eduardo C. Robreno. Aaron Shotland, Esquire, shall make the appropriate arrangements to make available, by telephone, plaintiff/prisoner Troy Lamont Moore, Sr. (Inmate No.: FE-2483). Once all parties are on the line, the call should be placed directly to the Judge's Chambers, on the date and time above, at 215-597-4073.**

Attached is a notice of agenda of Initial Pretrial Conference. In lieu of each side filing a separate Report, the parties may file of record a joint report pursuant to Federal Rule of Civil Procedure 26(f).

Judge Robreno requires that all documents are filed electronically by the attorney using the Electronic Case Filing (ECF) system. ECF provides greater efficiency and timeliness in the filing of pleadings, automatic e-mail notice of case activity, as well as electronic

Revised 7/11/11

storage of documents for remote access by the Court, the bar and the litigants. Attorneys appearing before Judge Robreno are required to register as Electronic Case Filing ('ECF") Filing Users at the Office of the Clerk of Court or at this court's website at www.paed.uscourts.gov.

A copy of the "Pretrial and Trial Procedure" for Judge Robreno is available on this court's web site at www.paed.uscourts.gov under the heading "Documents" and the subheading "Judges' Procedures".

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to participate in the Initial Pretrial Conference. The Initial Pretrial Conference will be continued to another date only in exceptional cases.

*s/Nicole D. Spicer,* for
**Ronald Vance**
**Deputy Clerk to Judge Robreno**
**(267) 299-7429**

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1.   An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and ©, will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2.   The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3.   At the Initial Conference the following matters, among others, will be considered and acted upon:

   A.   Jurisdictional defects, if any;

   B.   Time limits to join other parties and to amend pleadings;

   C.   Prospects of amicable settlement;

   D.   Progress of self executing disclosure under Section 4:01 of the Civil Justice Expense and Delay Reduction Plan (the "Plan");

   E.   Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

   F.   Whether a confidentiality order will be sought;[1]

---

1.   Any such order must meet the good cause requirements set forth in Federal Rule of Civil Procedure 26(c). Specifically, the parties must identify, individually or by category of documents, which documents will be marked confidential and, as to each document or set of documents, explain why the documents should be so designated. See Pansy v. Borough of Stroudsburg, 23 F.3d 772 (3d Cir. 1994); Aetna Cas. & Sur. Co. v. George Hyman Constr. Co., 155 F.R.D. 113 (E.D. Pa. 1994) (applying requirements of Pansy to request for confidentiality order).

      G.    Filing of dispositive motions; and,

      H.    Setting a date for trial.

4. Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

5. No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of settlement or for trial management or preparation purposes or if provided for in the Scheduling Order.

    *s/Nicole D. Spicer,*    **for**
**Ronald Vance**
**Deputy Clerk to Judge Robreno**
**(267) 299-7429**

4