IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| V. | : | NO. 14-3873 |
| MARGARET McGROGAN, RN, et al. | : | |

ORDER

      AND NOW, this        day of                    , 2014, it is hereby ORDERED that the Motion of Margaret McGrogan, RN to Dismiss the Complaint of Troy Lamont Moore, Sr. is GRANTED and the Complaint is DISMISSED with leave to file an Amended Complaint within twenty (20) days from the date of this Court's Order.

                                              _____
                                              THE HONORABLE EDUARDO C. ROBRENO,
                                              JUDGE OF THE UNTIED STATES DISTRICT
                                              COURT  FOR THE EASTERN DISTRICT OF
                                              PENNSYLVANIA