IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TROY LAMONT MOORE, SR., ET AL.   :  CIVIL ACTION
                                    :
           V.                    :  NO.: 14-CV-03873
                                    :
LOUIS GIORLA, ET AL.          :

## O R D E R

**AND NOW**, on this **5TH** day of **November, 2014,** it is hereby **ORDERED** that a hearing to consider Defendant's Motion to Dismiss (ECF#:11) will be held by telephone **December 3, 2014 at 2:00 p.m. will be held by telephone on December 3, 2014 at 2:00 p.m. with the Honorable Eduardo C. Robreno. Aaron Shotland, Esquire, shall make the appropriate arrangements to make available, by telephone, plaintiff/prisoner Troy Lamont Moore, Sr. (Inmate No.: FE-2483). Once all parties are on the line, the call should be placed directly to the Judge's Chambers, on the date and time above, at 215-597-4073.**

IT IS SO ORDERED.


/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO,   J.