IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| V. | : | NO. 14-3873 |
| MARGARET McGROGAN, RN, et al. | : | |

ORDER

     AND NOW, this      day of                  , 2014, it is hereby ORDERED that the Motion to Compel of Troy Lamont Moore, Sr. is DENIED as to Margaret McGrogan, RN and any documents needed should be sought from the City of Philadelphia.

_____
THE HONORABLE EDUARDO C. ROBRENO,
JUDGE OF THE UNTIED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA