```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
TROY LAMONT MOORE, SR.            :     CIVIL ACTION
                                  :     NO. 14-3873
        Plaintiff,                :
                                  :
    v.                            :
                                  :
LOUIS GIORLA, et al.              :
                                  :
        Defendants.               :
```

**O R D E R**

**AND NOW,** this **3rd** day of **December, 2014,** it is hereby **ORDERED** that Defendants are granted leave to take Plaintiff's deposition by videoconference within sixty (60) days. The Warden of State Correctional Institution – Forest is directed to produce Plaintiff at a date and time as may be agreed upon by prison authorities and defense counsel.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**