```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TROY LAMONT MOORE, SR.              :    CIVIL ACTION
                                    :    NO. 14-3873
          Plaintiff,                :
                                    :
     v.                             :
                                    :
LOUIS GIORLA, et al.                :
                                    :
          Defendants.               :
```

## O R D E R

**AND NOW**, this **3rd** day of **December, 2014**, it is hereby **ORDERED** that Plaintiff's Motion to Compel (ECF No. 4) is **GRANTED in part** and **DENIED in part** as follows:

   (1)   Defendants are instructed to preserve the video footage, repair reports, and medical records that Plaintiff has requested.

   (2)   The balance of Plaintiff's requested relief is **DENIED without prejudice**.

The Motion to Dismiss (ECF No. 11) is **DENIED without prejudice.**

   **AND IT IS SO ORDERED.**

              /s/ Eduardo C. Robreno
              **EDUARDO C. ROBRENO,   J.**