```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TROY LAMONT MOORE, SR.             :     CIVIL ACTION
                                   :     NO. 14-3873
         Plaintiff,                :
                                   :
    v.                             :
                                   :
LOUIS GIORLA, et al.               :
                                   :
         Defendants.               :
```

**FIRST SCHEDULING ORDER**

**AND NOW**, this **3rd** day of **December, 2014,** following an initial pretrial conference with Plaintiff and counsel for Defendants, it is hereby **ORDERED** that:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. Defendants shall take Plaintiff's deposition by **February 2, 2015.**

3. Any motions for summary judgment shall be filed by **March 4, 2015.**

      4. Approximately thirty (30) days thereafter, the Court will hold a status and scheduling conference to provide Plaintiff with an opportunity to identify discovery needs and make requests in order for him to respond to any motions for summary judgment. The Court will also set any remaining deadlines at that time.

      **AND IT IS SO ORDERED.**

      **/s/ Eduardo C. Robreno**
      **EDUARDO C. ROBRENO,   J.**