IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR., : CIVIL ACTION No. 14-3873
    Plaintiff
:

v.
:

LOUIS GIORLA, et al.,
    Defendants :

### NOTICE OF DEPOSITION

Please be advised that the undersigned Alan S. Gold and ---- Aaron Shotland will take defendants and plaintiff's depositions under oath. Which will be held at a conference room at SCI-Forest on -- Monday, March 2, 2015 at 10:00 am of defendant Walden. As deferring to the objections until the trial the need for emergency telephone calls of threeway to the court during depositions to resolve disputes. The depositions will be held day by day until completion.

It is imperative that defendants make the appropriate arreangements for depositions and available telephone. Plaintiff request a copy of video conference audio or recording tape.

RESPECTFULLY SUBMITTED,

Troy Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

Dated: 2-9-2015

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR., : CIVIL ACTION No. 14-3873
       Plaintiff

    v.
                              :

LOUIS GIORLA, et al.,

       Defendants    :

## CERTIFICATE OF SERVICE

I, Troy Moore, hereby certify that on Febraury 9, 2015, I caused to be served a true and correct copy of the foregoing document titled Notice of Deposition to the following:

Alan S. Gold
Attorney for Defendant
Margaret McGrogan, RN
261 Old York Road
Suite 526
Jenkintown, Pa 19046

Aaron Shotland, Esquire
City of Philadelphia Law Department
Civil Rights Unit
14th Floor
1515 Arch Street
Philadelphia, Pa 19102

RESPECTFULLY SUBMITTED,

Troy Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

-2-

March 10, 2015

Office of the Clerk
United States District Court
Room 2609
601 Market Street
Philadelphia, Pa 19106

RECEIVED
FEB 17 2015

In Re: Troy Lamont Moore v. Louis Giorla, et al.,
Civil Action 14-3873

Dear Clerk:

Enclosed please find a copy of Notice of Deposition to be filed at your office in a timely manner.

Thanking you in advance for your consideration and cooperation.

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

cc:
file/TLM...

Inmate Name TROY L. MOORE SR. DC# FE2483
Housing Unit: AB2063
SCI Forest
PO Box 945
Marienville, PA 16239

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 2609
601 MARKET STREET
PHILA, PA. 19106

Inmate Mail Dept. of Corrections

1910631796