IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| V. | : | NO. 14-3873 |
| MARGARET McGROGAN, RN, et al. | : | |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2014, it is hereby ORDERED that the Motion of Margaret McGrogan, RN for an Extension of Time until March 14, 2015 to file her Motion for Summary Judgment be GRANTED.

_____
UNITED STATES DISTRICT JUDGE
EDUARDO C. ROBRENO