IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.          :       CIVIL ACTION

V.                              :       NO. 14-3873

MARGARET McGROGAN, RN, et al.   :

## ORDER

AND NOW, this 5th day of March, 2015, it is hereby ORDERED that the Motion of Margaret McGrogan, RN for an Extension of Time until March 14, 2015 to file her Motion for Summary Judgment be GRANTED.

_____
UNITED STATES DISTRICT JUDGE
EDUARDO C. ROBRENO