```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **TROY LAMONT MOORE, SR.** | : | |
| **INMATE NO.: FE-2483** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **14-CV-03873** |
| | : | |
| **LOUIS GIORLA, ET AL.** | : | |

## O R D E R

**AND NOW**, on this **6**[th] day of **March, 2015**, it is hereby **ORDERED** that a **telephone status and scheduling conference will be held on April 6, 2015 at 11:00 a.m.**[1]

**IT IS FURTHER ORDERED t**hat Aaron Shotland, Esquire, shall make the appropriate arrangements to make available, by telephone, plaintiff/prisoner Troy Lamont Moore, Sr. (Inmate No.: FE-2483). Once all parties are on the line, the call should be placed directly to the Judge's Chambers, on the date and time above, at 215-597-4073.

    **IT IS SO ORDERED.**

                                                 /s/ Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO,    J.**

---

[1] In accordance with the Court's December 3, 2014, Scheduling Order (ECF No. 16), the purpose of this conference is to provide Plaintiff with an opportunity to identify discovery needs and to make requests in order to allow him to respond to Defendants' Motion for Summary Judgment (ECF No. 21). The Court will set remaining deadlines – including Plaintiff's deadline for responding to the Motion for Summary Judgment – during the telephone conference.