IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| V. | : | NO. 14-3873 |
| MARGARET McGROGAN, RN, et al. | : | (Judge Robreno) |

ORDER

  AND NOW, this  day of    , 2015, it is hereby ORDERED that the Motion of Margaret McGrogan, RN for Summary Judgment be GRANTED and that judgment be entered in favor of Margaret McGrogan, RN and against Troy Lamont Moore, Sr.

                  _____
                  THE HONORABLE EDUARDO C. ROBRENO
                  UNITED STATES DISTRICT JUDGE