# EXHIBIT "B"

```
Inmate Grievances
  MOORE              TROY
  (last)             (first)
  Intake                PID  853403    DOB 08/20/1972

  Grievance  Type      Sub-Type    Submitted  Logged      Fac. Status
  G132571    MEDICAL   MEDICAL     10/31/2013 11/01/2013  PICC RESOLVED
  G022150    MEDICAL   MEDICAL     11/18/2002 11/19/2002  CFCF RESOLVED




  Height 6'03         Hair BLACK              Sex  MALE
  Weight 160          Eyes BROWN              Race BLACK
  Marks:

  Languages:
    ENGLISH
                              ┌PgUp─┐ ┌PgDn─┐ ┌F9─┐ ┌F10──┐ ┌F11───┐ ┌F12───┐
                                                    Attnd   ·Where  Report
  MR    Lock&Track © 2002-2004 LockWorks LLC        IPay                About
Philadelphia Police Photo-id Number
```





```
Inmate Grievances
  MOORE              TROY
  (last)             (first)
  Intake               PID  853403    DOB 08/20/1972
  Grievance Zoom

     Grievance G022150      Type MEDICAL      Status RESOLVED
       SubType MEDICAL
     Submitted 11/18/2002 00:00
        Logged 11/19/2002 09:57
      Facility CFCF
      Location a-2 pod 3
      Occurred 11/17/2002 00:00
   Description *

     Processed 11/19/2002 09:57 by COOPER_S


     ENGLISH
                               ┌PgUp─┐ ┌PgDn─┐ ┌F9────┐ ┌F10───┐ ┌F11───┐ ┌F12───┐
                                                                         │Report│
                               │GoBack│       │Staff │ │Review│ │Witnes│ │Appeal│
  R    Lock&Track © 2002-2004 LockWorks LLC
+Category of grievance
```

2



```
Memo: GRIEVANCESZ.DEF.INCIDENTS.COMPLAINT
INMATE CLAIMS THE OFFICER DENIED HIM MEDICAL ATTENTION.




                              PgUp    PgDn
                             GoBack
RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.
```

# EXHIBIT "B"

```
Inmate Grievances
  MOORE              TROY
  (last)             (first)
  Intake                  PID 853403      DOB 08/20/1972

  Grievance  Type       Sub-Type      Submitted  Logged     Fac.  Status
  G132571    MEDICAL    MEDICAL       10/31/2013 11/01/2013 PICC  RESOLVED
  G022150    MEDICAL    MEDICAL       11/18/2002 11/19/2002 CFCF  RESOLVED
```



```
  Height 6'03        Hair BLACK        Sex MALE
  Weight 160         Eyes BROWN        Race BLACK
  Marks:

  Languages:
    ENGLISH
                         PgUp   PgDn   F9    F10    F11    F12
                         GoBack Zoom         Attnd  Where  Report
  MR    Lock&Track © 2002-2004 LockWorks LLC IPay          About
Philadelphia Police Photo-id Number
```



```
┌ Inmate Grievances ─────────────────────────────────────────────
│   MOORE              TROY
│   (last)             (first)
│   Intake              PID  853403      DOB 08/20/1972
│ ┌ Grievance Zoom ─────────────────────────────────────────────
│ │
│ │   Grievance G022150        Type MEDICAL      Status RESOLVED
│ │     SubType MEDICAL
│ │   Submitted 11/18/2002 00:00
│ │      Logged 11/19/2002 09:57
│ │    Facility CFCF
│ │    Location a-2 pod 3
│ │    Occurred 11/17/2002 00:00
│ │ Description *
│ │
│ │   Processed 11/19/2002 09:57 by COOPER_S
│ │
│ └─────────────────────────────────────────────────────────────
│
│   ENGLISH
│                         ┌PgUp──┐┌PgDn─┐ ┌F9───┐┌F10──┐┌F11──┐┌F12──┐
│                                                                Report
│                         │GoBack││     │ │Staff││Review││Witnes││Appeal│
  R    Lock&Track © 2002-2004 LockWorks LLC
+Category of grievance
```

2



```
Memo: GRIEVANCESZ.DEF.INCIDENTS.COMPLAINT
INMATE CLAIMS THE OFFICER DENIED HIM MEDICAL ATTENTION.
```

RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.

<pre>
Case 2:14-cv-03873-GJP   Document 24-3   Filed 03/13/15   Page 9 of 13
</pre>

```
┌ Inmate Grievances ─────────────────────────────────────────────────
   MOORE                    TROY
   (last)                   (first)
   Intake              PID  853403    DOB 08/20/1972
  ┌ Grievance Zoom ──────────────────────────────────────────────────

  Grievance Review Zoom ──────────────────────────────────────────────

       Review 1              Status RESOLVED-I
          Type ACT-REC-I
      Reviewer 134967     PEALE, GEORGE                DEPWARDEN
      Assigned 11/19/2002 10:06
  Action Taken *
     Completed 11/19/2002 10:12
    Resolution Y

     Processed 11/19/2002 10:12 by COOPER_S


                              ┌PgUp─┐ ┌PgDn─┐ ┌F9──┐ ┌F10──┐ ┌F11──┐ ┌F12──┐
                                                                     │Report│
                              │GoBack│
   R     Lock&Track © 2002-2004 LockWorks LLC
+Status of review
```

4

```
┌ Memo: GREVIEWZ.GRIEVANCEREVIEWS.REVIEW ─────────────────────────────
│ BE ADVISED UNABLE TO ADDRESS YOUR GRIEVANCE PROPERLY, YOU MUST GIVE THE NAME
│ OF THE OFFICER YOU ARE GRIEVING. THEREFORE I WILL BE ABLE TO ADDRESS YOUR
│ COMPLAINT.
```

┌PgUp─┐ ┌PgDn─┐
│GoBack│

RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.

G132571

**Philadelphia Prison System**

**Inmate Grievance Form**

RECEIVED OCT 25 2013

PHILADELPHIA PRISONS COMMISSIONER'S OFFICE

ASD
CFCF
DC
HOC
PICC ✓

Check box only if grievance is regarding Medical Services ☐

Name: Troy L. Moore Sr.   Housing Unit: _____
Intake Number: 853 403   Police Photo Number: _____

**Description of Grievance, Incident or Problem**
(include date and time of incident)

I DECLARE (OR CERTIFY, VERIFY OR STATE) UNDER THE PENALTY OF PERJURY; UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT (TITLE 28 USC. § 1746). THIS IS IN REFERENCE TO TWO PREVIOUS GRIEVANCES FILED, ONE REVIEWED BY MAJOR MARTIN BUT NO FOLLOWING ACTION WAS TAKEN BY PICC TO RECTIFY MEDICAL NEEDS/DISCREPENCY; IE: MEDICATION. SECONDLY, ACTION REQUESTED FOR PROCEEDURAL AMENDMENT FOLLOWING THE INCIDENT OF 9-16-13 WAS INADEQUATELY ADDRESSED. I AM FORMALLY REQUESTING THAT THIS CONTINUATION GRIEVANCE BE REVIEWED BY COMMISSIONER LOUIS GIORLA AT THE NEXT GRIEVANCE LEVEL, SEEING THAT THE INITIAL GRIEVANCE WAS NOT REVIEWED BY A BOARD, AND THE SECOND GRIEVANCE HAS GONE TOTALLY UNANSWERED. (NOTHING FOLLOWS)

**Action Requested by Inmate:**

RECTIFY MEDICATION NEEDS AND PROCEEDURAL AMENDMENT REVIEW BY COMMISSIONER LOUIS GIORLA

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

**Describe how and when you tried to resolve this Grievance informally.**

INCIDENT THE NIGHT OF 9-16-13

Date that you are depositing this Grievance in a grievance box:

_[signature]_   10-20-13
(Signature of Grievant)   (Date)

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing
86-570

6

G13257I

# Philadelphia Prison System

## Finding of the Inmate Grievance

ASD ☐
CFCF ☐
DC ☐
HOC ☐
PICC ☒

Grievant's Name: Troy E. Moore
Grievant's PPN: 853403
Grievant's Intake Number: 131577I
Grievant's Housing Unit: G-Unit
Date of Grieved Incident: 10/20/13
Date of Inmate's Deposit: 10/31/13
Names of Witnesses:

Date that Grievance was logged in by Deputy Warden:

Rec'd 11/05/13

**Factual Findings**

I/M states that Medical isn't providing the proper Medical care.

Mr. Moore was seen in medical 11/7/13 and was upset with an incident that occurred 9/16/13 on his block in his cell, when the toilet exploded with feces and urine. He said they had to stay in the same cell overnight with the same clothing. The next morning he came to medical and the nurse only check his pulse ox and sent him back. Upon reviewing his medical chart he was assessed by the RN's 9/16/13 and 9/18/13, in which all vital signs were taken not just a pulse ox. He was educated on the sick call process and verbalized understanding. He will also be followed up in Chronic Care clinic for possible cardiac issue. He stated he has paperwork was completed by him to release medical information from his outside provider to the certain provider. Appointment was scheduled 11/19/13, however he was released 11/14/13. OOC

A. Bristol, MHA

**Recommended Action of the Deputy Warden**

Issue was properly addressed by medical staff. Inmate was discharged on Nov. 14, 2013.

Signature: C. Martin
Date: 11/26/13

**Warden's Review**

Recommended Action:   Approved ☒   Disapproved ☐

Justification for Disapproval of Recommended Action
No further action required

Signature of Warden: _____   Date: 11/27/13

Action Accepted by Inmate:   Yes ☒   No ☐

Signature of Inmate: _____   Date: 11/07/13

Distribution: 1. Warden  2. Inmate  3. Deputy Warden for Admin.

7

Case 2:14-cv-03873-GJP   Document 24-3   Filed 03/13/15   Page 13 of 13

MOORE    TROY
Intake 1315771    PID 853403
DOB 08/20/1972



## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

**9/15/13** — CCC #8 #2

No shots, he doesn't have HTN. Pt wants Naproxen for pain/strain since 1991 & has it for pain relief.

see nsg.
—f. Nurse

**9/16/13 1:50P** — Sent to medical stating cardiac hx. Have SOB, diarrhea exposed to raw sewage toilets overflowed last night & must have been exposed to something. BP 110/80 - 76 - 16. PO 97.6 & SOB noted. Is to put s/c in for diarrhea.
—P. McSween

**9/18/13** — S — c/o stomach upset & body pain
O — plst oriented x3 amb/stdy. No S/S
A — v/s Temp 97-8 HR 78 int P-ox 98
BP 110/80 mmHg RR 16 int. abd soft. Bowel sound present.
P — Pt. advised to increase po intake per net
Col. — Pepto Bismol / 1 tab po MD
G — question yay po BID x 5 days
—B. Murphy

111 (5/85)     Complete Both Sides Before Using Another Sheet     8