# EXHIBIT "C"

*Exhibit 1*

# Philadelphia Prison System
## Inmate Grievance Form

ASD ☐
CFCF ☐
DC ☐
HOC ☐
PICC ☑

Check box only if grievance is regarding Medical Services ☑

Name: TROY L. MOORE SR.
Housing Unit: G2 Cell 18
Intake Number: 853 403
Police Photo Number: 853 403

**Description of Grievance, Incident or Problem**
(include date and time of incident)

ON 9-16-13 AT APPROX. 2315 HOURS, MY CELL'S (18) TOILET OVER FLOWED SEVERAL TIMES. AFTER INFORMING THE C/O OF THE SITUATION, SHE REFUSED TO PERMIT CLEAN UP. THE TOILET CONTINUED TO OVER FLOW EVERY 20 TO 30 MINUTES WHICH RESULTED IN ME RESIDING IN A CELL OVERNIGHT WITH TWO INCHES OF RAW SEWAGE ON THE FLOOR. AS OF THIS MORNING I HAVE SUFFERED FROM SHORTNESS OF BREATH, VOMITTING, DIARRHEA AND FACIAL RASH/ACHNE. AFTER INFORMING & VISITING MEDICAL DEPT. & BEING EXAMINED FOR 45 SECONDS I WAS ORDERED BACK TO THE BLOCK (G2). EXAMINED BY RN MCGROGAN AT MED DEPT.

**Action Requested by Inmate:**

MEDICAL ATTENTION OR SOLUTION TO RESOLVE PROBLEM FROM REOCCURANCE.

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

**Describe how and when you tried to resolve this Grievance informally.**

INFORMING C/O, SGT & MED STAFF

Date that you are depositing this Grievance in a grievance box: 9-17-13

(Signature of Grievant)   9-17-13
(Date)