# EXHIBIT "D"

# SICK CALL REQUEST

Check one: ____ Dental  ✓ Medical  ____ Mental Health

Name: Troy Moore
(Print Name)

Inmate I.D. Number: 853-403

Social Security No.: ____

Housing Unit: B1-14

Medical Problem (be specific): LOWER LUMBAR REQUESTING TO BE PUT BACK ON MY NORMAL MEDICATION (LORICEPT)

Inmate's Signature: [signature]  Date: July 10, 2013  Time: 4:06 p.m

**FOR MEDICAL UNIT USE ONLY**

Disposition: seen

Provider's Signature: [signature]  Date: 7/11/13  Time: 10:38 am

86-146

JUL 10 '13 PM10:03

**MR 1**

# SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: __Troy L Moore Sr.__   Inmate I.D. Number __853 403__
(Print Name)

Social Security No. __168 58 3950__

Housing Unit: __62__

Medical Problem (be specific): __Injury To Both Feet, Requesting To Consult With Doctor About Possible Assisted Movement__

_____

Inmate's Signature: __[signature]__   Date: __7/18/13__   Time: __9:35 AM__

**FOR MEDICAL UNIT USE ONLY**

Disposition: __Cones__

Provider's Signature: __[signature]__   Date: __7/23/13__   Time: __[illegible]__

86-146

**MR 2**

# SICK CALL REQUEST

**Check one:** _____ Dental    ✓ Medical

**Name:** Troy L. Moore Sr.
(Print Name)

**Inmate I.D. Number** 8_____

**Social Security No.** 168 5

**Housing Unit:** G2 C__

**Medical Problem (be specific):** STILL SUFFERING FROM HEAD ACHES PLEASE RENEW MOTRIN SCRIPT FOR MED LINE

---

**Inmate's Signature** [signature] **Date:** 10/5/13 **Time:** 3:00 PM

---

**FOR MEDICAL UNIT USE ONLY**

**Disposition:** [illegible]

**Provider's Signature:** [signature] **Date:** 11/6/13 **Time:** B2

MR 3

# SICK CALL REQUEST

**Check one:** _____ Dental   ✓ Medical   _____ Mental Health

**Name:** Troy L. Moore Sr.
(Print Name)

**Inmate I.D. Number** 853 403

**Social Security No.** 168 58 3950

**Housing Unit:** GQ Cell 18

**Medical Problem (be specific):** Need Anti Fungal Cream Renewed

**Inmate's Signature:** [signature]   **Date:** 10/29/13   **Time:** 2220

### FOR MEDICAL UNIT USE ONLY

**Disposition:** [illegible] 10/29/13 1055

**Provider's Signature:** _____   **Date:** _____   **Time:** _____

MR 4

# SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: Roy L. Moore Sr.
(Print Name)

Inmate I.D. Number 853 403

Social Security No. 168 58 3950

Housing Unit: G2 Cell 18

Medical Problem (be specific): Still suffering from upset stomach, please renew Pepto Bismal tablets for med line

Inmate's Signature: [signature]   Date: 10/22/13   Time: 1:00 AM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: [signature]   (Date: 10/26/13   Time: 10a

86-146

**MR 5**

# SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: TROY L. MOORE SR.
(Print Name)

Inmate I.D. Number 853 403

Social Security No. 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

Housing Unit: G2 Cell 18

Medical Problem (be specific): PLEASE RENEW MY ANTI FUNGAL FOOT CREAM FOR MEDICATION LINE, THANK YOU

Inmate's Signature: [signature]   Date: 10-17-13   Time: 8:00 AM

**FOR MEDICAL UNIT USE ONLY**

Disposition: Endorse SNOP from 10/03/13 referred to med line

Provider's Signature: [signature]   Date: 10/24/13   Time: 838p

86-146

**MR 6**

# SICK CALL REQUEST

Check one: _____ Dental  ✓ Medical  _____ Mental Health

Name: TROY L. MOORE SR.   Inmate I.D. Number: 853 403
(Print Name)

Social Security No. _____

Housing Unit: _____

Medical Problem (be specific): HEAD ACHE & EAR ACHE FOR TWO DAYS

Inmate's Signature: [signature]   Date: 10-9-13   Time: 9:45

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____ Date: _____ Time: _____

86-146

**MR 7**

# SICK CALL REQUEST

Check one: ____ Dental  ____ Medical  __✓__ Mental Health

Name: __Roy L Moore Sr.__  Inmate I.D. Number __853 403__
(Print Name)

Social Security No. __168 58 3950__

Housing Unit: __62 Cell 18__

Medical Problem (be specific): __REQUESTING TO SEE MR. GEE TO DISCUSS ONGOING PSYCH ISSUES ASAP ⊽ PTSD PROBLEM HAS REOCCURED SINCE TRAMATIC INCIDENT ON 9-16-13__

Inmate's Signature ____[signature]____  Date: __9-25-13__  Time: __2:50 PM__

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____  Date: _____  Time: _____

86-146

**MR 8**

## SICK CALL REQUEST

Check one: _____ Dental     ✓ Medical     _____ Mental Health

Name: Troy L. Moore Sr.
(Print Name)

Inmate I.D. Number: 853 403

Social Security No.: 168 58 3950

Housing Unit: G2 Cell 18

Medical Problem (be specific): Shortness of Breath, Throwing Up, Diarhea & Rash (Facial & Arms) Due to Exposure of Raw Sewage for Several Hours

Inmate's Signature: [signature]     Date: 9-17-13     Time: 1:15

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: [signature]     Date: 9/18/13     Time: _____

86-146

**MR 9**

# SICK CALL REQUEST

Check one: _____ Dental  ✓ Medical  _____ Mental Health

Name: ROY LAMONT MOORE SR.   Inmate I.D. Number 853 403
(Print Name)

Social Security No. _____

Housing Unit: _____

Medical Problem (be specific): NEED PRESCRIPTION FOR NAPROXIN RENEWED AS SOON AS POSSIBLE, THANK YOU

Inmate's Signature [signature]   Date: 7-29-13   Time: 9:00 AM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____

**MR 10**