# EXHIBIT "E"

## MENTAL HEALTH REVIEW:

| (check as appropriate) | YES | NO |
|---|---|---|
| Do you hear voices? | | ✓ |
| Do you have thoughts of hurting yourself or others? | | ✓ |
| Do you have a history of depression? | | ✓ |
| Is there impaired speech? | | ✓ |
| Is there evidence of self-mutilation? | | ✓ |
| Is the inmate oriented to time, place, and person? | ✓ | |
| *Are there tendencies of acting out with sexually aggressive behavior? | | ✓ |
| *Is the inmate identified as high risk with a history of sexually assaultive behavior? | | ✓ |
| *Is there a risk for sexual victimization? | | ✓ |
| Other significant observations | | ✓ |

Observations: _____

(*Inmate identified above shall be counseled, monitored, and housed accordingly.)

Suicide attempts: (circle one)   Yes   (No)
If yes, how many times? _____

If yes, why/where/when/how: _____

Past Psychiatric Hospitalizations/Outpatient Treatments/Partial Hospitalizations: _____

Previous Diagnosis as stated by Inmate: depression, PTSD

Psychotropic Medications, Dosage and Frequency: Zoloft, buspar

When last taken: 11/14/13

---

Psychiatric referral is needed (Circle those that apply):   Yes   (No)   Emergency   Routine
Medical referral is needed (Circle those that apply):   Yes   (No)   Emergency   Routine
If yes, indicate date and time referral was made: _____
                                          Date                              Time

Is inmate medically cleared for general population?   (Yes)   No
Access to medical services explained to inmate?   (Yes)   No

Interviewer's Signature, Title  C. Zackrevicz, RN   11/14/13  1450

Inmate Signature _____   Date 11/14/13

Witness (If inmate refuses to sign)   Date

Interpreter Signature (If needed)   Date

MR 91

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 3.27.14 | NSY | DC-491 Complete  *J. Inker* |

MR 140

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/11/14 1430 | Med | CLINIC CANCELLED BY Wexford.  B. RUMINSKI WEXFORD HEALTH |
| 2/12/14 1510 | | P.P S/C No Show  MUHAMMAD GOLSORKHI, MD  FEB 12 2014 |
| 2.14.14 0900 | Med. 2.14.14 | CLINIC CANCELLED BY Wexford   JACKIE WOOD  HSA |
| 2-18-14 1600 | MEA | NO SHOW PUP Sick Call |
| 2-19-14 | | Ralph W Smith, JR |
| 2/20/14 | C/P | Pop S/C → Pt not seen due to B unit lock down  UWX M HER |
| 2/21/14 10:00 | Do | S: injury to low back x 20 years (only meds)  chronic pain thru out the day, throbbing pain  in L-S spine  O: pain over lumbosacral spine on palpate |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: Moore,
Number: FE 2483
DOB: 8-20-73
Facility: Chm

MR 141

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 2/20/14<br>?/?/14 | crnp<br>1125 | Pop s/c → "chronic back pain, pt states ultram works ok ↑. o/a/p→ Medical director called, not every documents to ↑ ultram, no paperwork from VA clinic yet. Pt request f/u with Dr Jaffe. ordered in<br>UWA MAHER NP |
| 3/7/14 | crnp<br>1323 | Pop s/c → c/o meds running out needs med renewal<br>o) arom/s gait intact, Rom wnl, strength wnl<br>a) Chronic low back p<br>p) Toradol x 3 doses ordered  ② elavil order<br>UWA MAHER<br>NP |
| 3/10/14<br>1500<br>Ⓑ | pnp | For Sick Call...<br>S. "Need to Consult c Pain Management For Chronic Issues"<br>Hx For Back Injury while in military @ 1993 & prob. since — Need Ultram<br>No Joy<br>O. 41 y.o. B/M — NAD — 231 @ 6'3"<br>An Equi. Gait & off/on Ethnr<br>A - Chronic Back Pain Syn<br>P - Advised - Rx → Nsaid on Cox-2 + Need PT + Rest + Body Posturing etc... See 1st Mac<br>I/m Reluctant c Rx + to Review c Tx. Jaffrey<br>Initiation Relation<br>F. Kiemick, D.O. |
| 5/19/14 | crnp | 1500 No Show at pop s/c — um<br>NP<br>MAHER |

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/11/14 1430 | Med | CLINIC CANCELLED BY Wexford. B. RUMINSKI WEXFORD HEALTH, BR |
| 2/12/14 1510 | | P of S/C No Show — MUHAMMAD GOLSORKHI, MD   FEB 12 2014 |
| 2.14.14 0900 | Med. CS 2.14.14 | CLINIC CANCELLED BY Wexford   JACKIE WOOD HSA |
| 2-18-14 1600 | MSA | No Show P/P Sick Call |
| 2-19-14 | | Ralph W Smith, JR, MD |
| 2/20/14 2/21/14 | C/P | P of S/C → Pt not seen due to B block lock down   UWS M HER |
| 2/21/14 10:00 | Do | S) injury to low back x 20 years (only meds) chronic pain thru out the day, worsening pain in L-S spine. O. pain over lumbosacral spine on palpato... |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: Moore,
Number: FE 2483
DOB: 8-20-73
Facility: Chm

MR 143

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/20/14 | CRNP 1285 | Pop S/C → Chronic Back pain, Pt states Ultram⁄ wants it ↑. o/a/p → Medical director called, not enough documents to ↑ Ultram, no paperwork from VA Clinic yet. Pt request f/u with Dr Jaffe. ordered w/<br>UWA MAHER |
| 3/2/14<br>3/7/14 | CRNP 1329 | Pop s/c → c/o meds running out needs med renewal<br>O) cranial/s gait intact, ROM WNL, Strength WNL<br>A) Chronic lower back pn<br>P) Toradol × 3 doses ordered  ② clonal order<br>UWA MAHER<br>NP |
| 3/10/14<br>1500<br>(B) | /m | For Sick Call...<br>S: "Need to Consult ē Pain Management for Chronic Issues" Hx for Back Injury while in military 1993 + Prob. since — Needs Ultram<br>No Joy<br>O: 41 y.o. B/m — NAD — 231 @ 6'3"<br>Ambu. Gait & off/on Exam<br>A - Chronic Back Pain Syn<br>P - Advised — Rx ⇒ Nsaid on CDX2 + Needs PXTx + R&H + Body Posturing etc... See 1st mac<br>I/m Reluctant ē Rx + to Review ē Dr. Jaffrey<br>Initiation Relation<br>F. Kismick, D.O. |
| 5/19/14 | CRNP | 1500 No Show at pop s/c — une<br>NP<br>UWA MAHER |

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 1/7/14 | NSG 0400 | DC 487 COMPLETE TO BEST OF ABILITY. NO CHART AVAILABLE. — J. Grimes?, RN |
| 1/7/14<br>2100 | NSG<br>cs 1.8.14 | ANY INJURY OR ILLNESS WHILE OUT TO COURT? ) Denno cs RN<br>C. Zadravecz, RN |
| 1/19/14 | 1520 | Poe s/c<br>S) PT WAITING FOR APPT c̄ Dr. Smith for<br>(pain MGT. PT c/o LBP<br>O) NAD, Lumbar.<br>ROM: EXT. 30°; FLEXION 60°<br>ROT. ® 80°; Ⓛ 90°<br>KEMP TEST ⊖ ®; ⊖ Ⓛ<br>SLR B/L 80°<br>A) MUSCULAR STRAIN / SPASM.<br>P) F/U DR. SMITH<br>STEPHEN KAMINSKY, PA-C |
| 1/29/14 | C/NP | pop s/c → states back injury during service.<br>was a Crew Chief. Has been on narco [refill?]<br>O → Pain to lower back with palpation. Flexion ↓ in<br>spine. + Reflex to lower leg. sort #.<br>A) Recititca Chronic lower back pain<br>P) ① Refer to disp provider to refill meds ef<br>② Ultram 50mg BID ordered for pain until Pt can<br>be seen by Dr Smith on 1/29/14 as per schedule. MAHE<br>NP |

Progress Notes<br>
Commonwealth of Pennsylvania<br>
Department of Corrections<br>
DC-472<br>
Revised 3/2007

Name: FE2483<br>
Number: MOORE<br>
DOB: 8/20/72<br>
Facility: GA

MR 145

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
| 1/28/14 1100 | CRNP | Pop S/C<br>S). Did not get Ultram last evening. ⊕ pain in L/S area. aggravated ē movement. Had had numbness in ® leg in past but not presently. No dose this a.m.<br>O). Ultram ordered BID. Sn. f/v ō Dr Smith for pain mgt. ⊖ pain on urinary prominence ⊖ spasms palpated. Ambulates s difficulty.<br>A). Lumbar strain<br>P). Pass given to get Ultram from Dispensary @ 1300. Will get p.m. dose in evening med line. f/v ī Dr Smith.<br>— JEA DEFRANGESCO CRNP |
| 1/29/14 445 | Med. | CLINIC CANCELLED BY Wexford.<br>B. RUMINSKI<br>WEXFORD HEALTH |
| 2/10/14 1514 | CMD | POP S/C w) Pt have to address. pain med says not sufficient and hasn't seen Dr Smith<br>O: see previous notes. a/p) chronic pain. ↑ med to ultram 100mg BID, Pt fine with new regimen.<br>UWA M HER<br>G.P |

MR 146

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 1/7/14 | NSG 0400 | DC 487 COMPLETE TO BEST OF ABILITY. NO CHART AVAILABLE. — J. Grimley, RN |
| 1/7/14<br>2100 | NSG<br>1.8.14 | ANY INJURY OR ILLNESS WHILE OUT TO COURT? ) Denies ← RN<br>C. Zadravecz, RN |
| 1/19/14 | 1520 | Pop s/c.<br>S) Pt waiting for appt c Dr. Smith for (?) mgt. Pt c/o LBP<br>O) NAD, Lumbar.<br>ROM: EXT. 30° ; FLEXION 60°<br>ROT. Ⓡ 80° ; Ⓛ 90°<br>KEMP TEST ⊖ Ⓡ ; ⊖ Ⓛ<br>SLR B/L 80°<br>A) MUSCULAR STRAIN/SPASM.<br>P) F/U DR. Smith<br>STEPHEN KAMINSKY, PA-C |
| 1/27/14 | CHP. | Pop s/c & states back injury during service. was a Crew Chief, has been on narco. Need narco refill<br>O- ⊕ Pain to lower back with palpation. Flexion ↓ in spine. + reflex to lower leg, bilat ↓.<br>A) Radiation Chronic lower back pain<br>P) Refer to disp provider to refill narco ? Ultram 50mg BID ordered for pain until Pt can be seen by Dr. Smith on 1/29/14 as per schedule. MAHE NP |

Progress Notes
Commonwealth of Pennsylvania
~~Department of Corrections~~
DC-472

Revised 3/2007

Name: FE 2483
~~Number: MOORE~~
DOB: 8/20/72
Facility: GNA

MR 147

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
| 1/28/14<br>1100 | CRNP | Pop S/C<br>S). Did not get Ultram last evening.<br>⊕ pain in L/S area. aggravated s̄ movement. Had had numbness in ⓡ leg in past but not presently. No draw this a.m.<br>O). Ultram ordered BID. Dr. f/u c̄ Dr Smith for pain mgt. ⊕ pain on bony prominence ⊕ spasms palpated. Ambulates s̄ difficulty.<br>A). Lumbar strain.<br>P). Pass given to get Ultram from Dispensary @ 1300. Will get p.m. dose in evening med line. f/u c̄ Dr Smith. |
| 1/29/14<br>1445 | Med. | CLINIC CANCELLED BY Wexford.<br>JEA DEFRANGESCO CRNP<br>B. RUMINSKI WEXFORD HEALTH |
| 4/10/14<br>1514 | CMP | Pop S/C ⓐ pt have to address pain med. Says not sufficient and hasn't seen Dr Smith<br>O: see previous notes. a/p's chronic pain. ↑ med to ultram 100mg BID, pt fine with new regimen.<br>UWA M. HER<br>F.P |

MR 148

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 11/14/13<br>1455 | NSG | DC 471 complete. cnj RN     C. Zadravecz, RN |
| 11/19/13<br>1738 | PA | R. MACHAK, PA |
| 11/21/13 | | New side sick call, no show<br>DR. WILLIAM BAINBRIDGE |
| 11/22/13 | | |
| 11/25/13 | 1140 | Pop s/c — No Show     STEPHEN KAMINSKY, PA-C |
| 12/5/13 | 1130 | P-P S/C N/S     MUHAMMAD GOLSORKHI, MD<br>DEC 5 2013 |
| 12.26.13<br>1600 | MD | "No Show" For pop Sick Call     F. Klemick, D.O. |
| 12/27/13 | | |
| 12/31/13<br>1600 | MD | For Sick Call — Not Seen/office hrs     F. Klemick, D.O. |
| 1/2/14 | 11-50 | P-P S/C N/S     MUHAMMAD GOLSORKHI, MD<br>JAN 02 2014 |
| 1/2/14 | | |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name:
Number:
DOB:
Facility:

MOORE, TROY
FE-2483
DOB 08/20/72

MR 149

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 1/6/14 1600 | | POP s/c - NOT SEEN    STEPHEN KAMINSKY, PA-C |
| | | P-P s/c |
| 1/9/14 1045 | | I/M for Med renewal<br>See o/ders |
| 1/10/14 1500 | m.g. | For Sick Call - "No Show" - MUHAMMAD GOLSORKHI, MD / F. Klemick, D.O. |
| 2/4/14 1112 | UMP | POP s/c → c/o pain med not being sufficient says a lot of pain in the afternoon. "Chronic back pain"<br>P→ ultram ↑ to TID see Supplw until pt can be seen by MD, pt went today, MD called out - Um |
| 2/5/14 | | UWA  M·UPD |

MR 150

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 11/14/13<br>1455 | NSG | DC 471 complete. cry RN    C. Zadravecz, RN |
| 11/19/13<br>1138 | | [illegible]    R MACHAK PA |
| 11/21/13 | | New side sick call, no show [signature] |
| 11-22-13 | | DR. WILLIAM BAINBRIDGE |
| 11/25/13 1140 | | Pop s/c – No Show    STEPHEN KAMINSKY, PA-C |
| 12/5/13 1130<br>12-05-13 | | P-P S/C N/S    MUHAMMAD GOLSORKHI, MD    DEC 5 2013 |
| 12-26-13<br>1600 | MD | "No Show" for pop s/c call [signature] F. Klemick, D.O. |
| 12/27/13 | | |
| 12/31/13<br>1600 | MD | For Sick Call – Not Seen/office trip [signature] F. Klemick, D.O. |
| 1/2/14 1150<br>1-2-14 | | P-P S/C N/S    MUHAMMAD GOLSORKHI, MD    JAN 02 2014 |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: MOORE, TROY
Number: FE-2483
DOB: DOB 08/20/72
Facility: Grat

MR 151

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 1/6/14 1600 | | /op s/c - NOT SEEN  [signature] STEPHEN KAMINSKY, PA-C |
| | | n-n-t/c |
| 1/9/14 1045 | | IM for Med renewal<br>See orders |
| 1/10/14 1500 | mvp | MUHAMMAD GOLSORKHI, MD<br>For Sick Call - "No Show" - [signature] JAil 9 out F. Klemick, D.O. |
| 1/4/14 1112<br>"/5/14 | UnP | POP S/C → c/o pain med not being sufficient says a lot of pain in the afternoon. "chronic back pain"<br>P) ultram ↑ to TID see supplier until pt can be seen by MD, pt went today, MD called out - Um<br>UWA  M·U?Q |

MR 152