IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.,  :  CIVIL ACTION NO. 14-3873
    Plaintiff

   v.  :

             JUDGE EDUARDO C. ROBRENO

LOUIS GIOLA, et al.,  :
    Defendants

**FILED**

MAR 27 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PLAINTIFF'S BRIEF IN SUPPORT FOR MOTION FOR SANCTIONS

Plaintiff, Troy Moore, a state inmate brought this civil rights action against Defendants Louis Giorla, Major Martin, Corrections Officer Walden and R.N., Medical Nurse McGrogan for violating his constitutional rights.

The defendants has failed to comply to subpoenas he served to appear for a deposition. The plaintiff family was attempting to hire Sargent's Court Reporting Service, Inc. 210 Main Street. Johnstown, Pa 15901.

### ARGUMENT

The plaintiff has suffered an irreparable injury by defendants attorneys instructing defendants not to comply to plaintiff's subpoenas that was served. The defendants testimony was pertinent to plaintiff's claims to support the violation of his constitutional rights in damages. The Court has scheduled a telephone status and scheduling conference that will be held on Monday, April 6, 2015 at 11:00 a.m. In accordance with the Court's December 3, 2014, Scheduling Order (ECF No. 16), the purpose of this conference is to provide plaintiff with an opportunity to identify discovery needs and to make requests in order to allow plaintiff to respond to Defendants Motion for Summary Judgment (EFC No. 21).

-1-

## SOUGHT OF RELIEF

WHEREFORE, plaintiff seeks in sanctions for relief as to the following:

(1) Defendant Commission Louis Giorla in the amount of $2,500.00, (2) Defendant Major Martin in the amount of $2,500.00, (3) Defendant Margaret McGrogan, RN., in the amount of $2,500.00 and (4) Defendants in the amount of $900.00 for failing to comply to plaintiff's demand to receive sanctions for damages to ne granted a video conference hearing on Monday, April 6, 2015 at 11:00 a.m.

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Mrienville, Pa 16239

Dated: 3-22-15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.,          :     CIVIL ACTION NO. 14-3873

        Plaintiff

                          :

        v.

                              JUDGE EDUARDO C. ROBRENO

LOUIS GIORLA, et al.,          :

        Defendants          :

FILED
MAR 27 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CERTIFICATE OF SERVICE

    I, <u>Troy Moore</u>, hereby certify that on March 22, 2015, I caused to be served a true and correct copy of the foregoing document titled Brief In Support for Motion for Sanctions to the following:

Alan S. Gold
Attorney for Defendant
Margaret Mc Grogan, Rn
261 Old York Road
Suite 526
Jenkintown, Pa 19046

Aaron Shotland, Esquire
City of Philadelphia Law Department
Civil Rights Unit
14th Floor
1515 Arch Street
Philadelphia, Pa 19102

RESPECTFULLY SUBMITTED,

Troy Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

-3-

Inmate Name TROY L. MOORE SR. DC# FE2483

Housing Unit: AB2063

SCI Forest
PO Box 945
Marienville, PA 16239

INMATE

MAIL

neopost
03/24/2015
US POSTAGE $000.48

FIRST-CLASS MAIL

ZIP 16239
041L12203375

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

ROOM 2609

601 MARKET STREET

PHILA, PA. 19106

Inmate Mail Dept. of Corrections

19106$1796