IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR., Plaintiff | : | CIVIL ACTION NO. 14-3873 |
| v. | ; | |
| LOUIS GIORLA, et al., Defendants | : | JUDGE EDUARDO C. ROBRENO |

FILED
MAR 3 0 2015
MICHAEL E. KUNZ
By _____ Dep. Clerk

## MOTION FOR SANCTIONS

1. Pursuant to Fed.R.Civ.P. Rule 45 defendants failed to complied to subpoenas that are attached for deposition. Which was on Monday, March 2, 2015 at 10:00 am of defendant Walden. See, Exhibit 1, Exbibit 2, Exhibit 3, Exhibit 4 and Exhibit 5 that was served by plaintiff.

2. The court for the district where compliance is required must enforce this duty and impose an appropriate sanctions requested by plaintiff. Which may include lost earnings and reasonable attorney's fees on a party or attorney who fails to comply. The defendants dealine has expired for plaintiff to receive documents and evidence identified within the subpoenas to support plaintiff's testimony at deposition.

3. On Monday. January 16, 2015, transcript of deposition taken by and before Alexandra Alvarado, Professional Reporter and Notary Public, at Criminal Justice Center. 1301 Filbert Street. Philadelphia, Pa 19107. At deposition, the plaintiff requested for a postponement due to defendants non-compliance with Judge Robreno's Order regarding plaintiff's Motion to Compel for inspection of evidence consisting of the video footage, documents, repair reports and medical records to support his testimony at deposition. Plaintiff requested that defendants to contact Judge Robreno's chambers by telephone to ascertain subpoenas by the Clerk's Office for the following items:

(a) video footage, (b) cell repair reports, (c) medical records and (d) witnesses Chiles, Price, Sarah Siegal and Bob Rumick to testify at the deposition. See, Exhibit 5 N.T. 3 (pages 6 to 9) section 6-7.

4. On Monday, Febraury 16, 2015, plaintiff's family contacted Sargent's Court Reporting Service, Inc. to hire for the deposition for Monday, March 2, 2015 at 10:00 am to arrive at SCI-Forest. On Friday, Febraury 18, 2015, plaintiff received a letter from defendant McGrogan's advising she will not comply to subpoena to be deposed.

5. Plaintiff instructed defendants and Alexandra Court Reporter at deposition to send a blank affidavit. Which would have stated, the transcipt of plaintiff's testimony dated on Monday, January 16, 2015 and that the transcipt of his testimony is accurate with the following corrections.

6. The defendants has failed to instructions in paragraph (6). Which is a violation pursuant to Fed.R.Civ.P. Rule 30 (e).

## SOUGTH OF RELIEF

7. WHEREFORE, plaintiff seeks in sanctions for relief as to the following:
   (1) Defendant Commission Louis Giorla in the amount of $2,500.00, (2) Defendant Major Martin in the amount of $2,500.00, (3) Defendant Margaret McGrogan, RN., in the amount of $2,500,00 and (4) Defendants in the amount of $900,00 for failing to comply to plaintiff's instructions in accordance to Fed.R.Civ.P. Rule 30 (e) and (6) palintiff demand to receive sanctions for damages to be granted a video conference haring on Monday, April 6, 2015 at 11:00 am.

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

Dated: 3-22-15

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.,  : CIVIL ACTION NO. 14-3873
    Plaintiff
                                         :

    v.                               : JUDGE EDUARDO C. ROBRENO

LOUIS GIORLA, et al.,
    Defendants                    :

FILED
MAR 30 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CERTIFICATE OF SERVICE

I, Troy Moore, hereby certify that on March 22, 2015, I caused to be served a true and correct copy of the foregoing document titled Motion for Sanctions to the following:

Alan S. Gold
Attorney for Defendant
Margaret McGrogan, RN
261 Old York Road
Suite 526
Jenkintown, Pa 19046

Aaron Shotland, Esquire
City of Philadelphia Law Department
Civil Rights Unit
14th Floor
1515 Arch Street
Philadelphia, Pa 19102

RESPECTFULLY SUBMITTED,

Troy Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

-3-

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR., | ) | DEPOSITION UPON |
| | ) | |
| | ) | ORAL EXAMINATION |
| Plaintiff, | ) | |
| | ) | OF |
| - vs - | ) | |
| | ) | TROY LAMONT MOORE, |
| COMMISSIONER LOUIS GIORLA, MAJOR MARTIN, C.O. WALDEN, R.N. MEDICAL NURSE MCGROGAN, | ) ) ) | SR. |
| Defendants. | | |

- - - - - - - - - - - -

TRANSCRIPT OF DEPOSITION,
taken by and before ALEXANDRA ALVARADO,
Professional Reporter and Notary Public, at
the CRIMINAL JUSTICE COURT, 1301 Filbert
Street, Room 1106, Philadelphia, Pennsylvania,
on Monday, January 16, 2015, commencing at
2:15 p.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215) 564-1233

**Page 6**

1  Q.   How are you feeling today?
2  A.   Good. I would like to, if possible, make a
3  short statement before we begin. So I'll wait until
4  you're finished with instructions and then see if
5  that's allowed.
6  Q.   You can say whatever you want. I'm done
7  instructing you, so go ahead.
8  A.   Okay. I just have a short statement. On
9  1/12/15 I forwarded both defendants' counsel a
10 letter advising it is imperative for a postponement
11 regarding this deposition on 1/16/15 at 2 o'clock at
12 SCI Forest.
13      On 1/12/15 I informed the Unit Manager of
14 Childs and Counsellor Price the need to contact the
15 defendants' counsel by phone. Both parties denied
16 me access to contact the defendants' counsel
17 regarding noncompliance with Judge Robreno's motion
18 to compel for the inspection of evidence consisting
19 of the video footage, documents, repair reports and
20 medical reports.
21      On 1/12/15 I submitted inmate requests to
22 staff member SCI Force Medical Department to obtain
23 those medical records. On 1/13/15 Bob Rumsick (ph),
24 medical records supervisor, denied my request to

**Page 7**

1  inspect my medical records.
2       In addition, the defendant's counsel, Aaron
3  Shotland, has failed to forward any and all evidence
4  for inspection per Judge Robreno's order to compel.
5       At this time I would like to formally
6  request the defendants contact Judge Robreno's
7  chambers by phone to ascertain subpoenas for the
8  following things: The video footages, cell repair
9  reports, medical records and witnesses Childs,
10 Price, Sara Segal and Bob Rumsick to testify at the
11 deposition. Thank you.
12 Q.   Are you finished?
13 A.   Yes.
14 Q.   Okay. Thank you.
15      Can you state and spell your name for the
16 record?
17 A.   Troy Lamont Moore, T-R-O-Y, L-A-M-O-N-T,
18 M-O-O-R-E, S-R.
19 Q.   What is your date of birth?
20 A.   8/20/1972.
21 Q.   Where do you currently reside?
22 A.   At SCI Forest.
23 Q.   Do you know what town that's in?
24 A.   I do not.

**Page 8**

1  Q.   How long have you been incarcerated at SCI
2  Forest?
3  A.   Since April 1st of 2014.
4  Q.   Where did you reside prior to SCI Forest?
5  A.   At SCI Graterford.
6  Q.   How long were you at SCI Graterford?
7  A.   I believe less than six months.
8  Q.   So you would have arrived there some time
9  around October or November of 2013?
10 A.   Correct.
11 Q.   Where did you reside prior to SCI
12 Graterford?
13 A.   PICC Prison in Philadelphia.
14 Q.   When did you begin to reside at PICC?
15 A.   I was first incarcerated July 4th of 2012.
16 Q.   And from July 4th, 2012 to sometime in
17 October or November of 2013 you were at PICC?
18 A.   I'm sorry -- I'm sorry, 2000 -- this is
19 '15, last year is '14, '13. I'm sorry, 2013 I
20 believe.
21 Q.   So you're saying you got to PICC on July
22 4th, 2013?
23 A.   Actually, I was arrested then. It takes
24 several days to get to the prison. So that's the

**Page 9**

1  day I was arrested though.
2  Q.   Some time in July 2013 you began your
3  incarceration at PICC; is that fair?
4  A.   Correct.
5  Q.   The incident that we're here for today,
6  that occurred on September 16th, 2013?
7  A.   Correct.
8  Q.   Did you graduate from high school?
9  A.   Yes, I did.
10 Q.   Where did you attend high school?
11 A.   I attended high school at Bensalem High
12 School in Bensalem, PA.
13 Q.   What year did you graduate?
14 A.   1990.
15 Q.   Do you have any education beyond high
16 school?
17 A.   I have an associates degree in business
18 management.
19 Q.   Where did you obtain your associates
20 degree?
21 A.   Ashworth College.
22 Q.   What year did you obtain your associates
23 degree?
24 A.   2006.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Troy Lamont Moore )
_____ )
*Plaintiff* )
v. ) Civil Action No. 14-3873
)
Louis Giorla, Commissioner )
_____ )
*Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Louis Giorla, Commissioner
_____
*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: SCI-Forest | Date and Time: March 2, 2015 at 10:00 am |
|---|---|

The deposition will be recorded by this method: __Video Conference Audio__

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Video Footage, repair reports and medical records.

The following provisions of Fed. R. Civ. P. 45 are attached — Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-10-2015

CLERK OF COURT

_____    OR    _____
Signature of Clerk or Deputy Clerk            Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Troy Moore, FE-2483 SCI-Forest, P.O. Box 945, who issues or requests this subpoena, are:
Marienville, Pa 16239

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Troy Lamont Moore | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 14-3873 |
| | ) |
| Louis Giorla, Commissioner | ) |
| _Defendant_ | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Major Martin

_(Name of person to whom this subpoena is directed)_

☒ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: SCI-Forest | Date and Time: March 3, 2015 at 10:00 am |
|---|---|

The deposition will be recorded by this method: Video Conference Audio

☒ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Video Footage, repair reports and medical records..

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-10-2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_     OR     _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____, who issues or requests this subpoena, are:
Troy Moore, FE-2483, SCI-Forest, P.O. Box 945
Marienville, Pa 16239

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Troy Lamont Moore
*Plaintiff*
v.                                         Civil Action No. 14-3873
Louis Giorla, Commissioner
*Defendant*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Margaret McGrogan, RN Medical Nurse..

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: SCI-Forest | Date and Time: March 5, 2015 at 10:00 am |
|---|---|

The deposition will be recorded by this method: Video Conference Audio

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Medical records..

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-10-2015

CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Troy Moore, FE-2483 SCI-Forest, P.O. Box 945
Mrienville, Pa 16239

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Inmate Name: Troy L. Moore Sr.  DC# FE2483
Housing Unit: AB2063
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL


neopost
03/24/2015
US POSTAGE $000.69⁰

FIRST-CLASS MAIL

ZIP 16239
041L12203375

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 2609
601 MARKET STREET
PHILA, PA. 19106

Inmate Mail Dept. of Corrections