IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, Sr.<br>Plaintiff, | : | CIVIL ACTION<br>No. 14-3873 |
| | : | |
| v. | | |
| | : | |
| LOUIS GIORLA, et al., | | |
| Defendants | : | |

FILED
MAY 18 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

1.   Pursuant to Fed.R.Civ.P. Rule 6, plaintiff request to be granted an extension of time to file motion for summary judgment within twenty (20) days on or before June 6, 2015.

2.   On Monday, April 13, 2015 at SCI-Forest this institution was locked down till Friday, April 17, 2015.

3.   On Tuesday, May 5, 2015, at SCI-Forest this institution was locked down till Friday, May 8, 2015.

**SOUGHT OF RELIEF**

4.   Wherefore, plaintiff prays that this court grant his motion for an extension of time to file motion for summary judgment till June 6, 2015.

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

RECEIVED MAY 18 2015

-1-

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, Sr.<br>    Plaintiff | : | CIVIL ACTION<br>No. 14-3873 |
| v. | : | |
| LOUIS GIORLA, et al.,<br>    Defendants | : | |

**CERTIFICATE OF SERVICE**

FILED
MAY 18 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

I, <u>Troy L. Moore</u>, hereby certify that on Wednesday, May 13, 2015, I caused to be served a true and correct copy of the foregoing document titled Motion for Extension of Time to File Motion for Summary Judgment to the following:

Aaron Shotland, Esquire
City of Philadelphia Law Department
Civil Rights Unit
14th Floor
1515 Arch Street

Alan S. Gold
Attorney at Law
The Pavilion
261 Old York Road
Suite 526
Jenkintown, Pa 19046

RESPECTFULLY SUBMITTED,

_____
Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

Inmate Name __Troy L. Moore__ DC# __FE-2483__
Housing Unit: __AB-2063__
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL

C/O: Office of the Clerk
     United States District Court
     Room 2609
     601 Market Street
     Philadelphia, Pa 19106-9865

Inmate Mail Dept. of Corrections