IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, Sr. | : | CIVIL ACTION |
| Plaintiff, | : | No. 14-3873 |
| v. | : | |
| LOUIS GIORLA, et al., | : | |
| Defendants | : | |

FILED
MAY 18 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Fed.R.Civ.P. Rule 6, plaintiff request to be granted an extension of time to file motion for summary judgment within twenty (20) days on or before June 6, 2015.

2. On Monday, April 13, 2015 at SCI-Forest this institution was locked down till Friday, April 17, 2015.

3. On Tuesday, May 5, 2015, at SCI-Forest this institution was locked down till Friday, May 8, 2015.

### SOUGHT OF RELIEF

4. Wherefore, plaintiff prays that this court grant his motion for an extension of time to file motion for summary judgment till June 6, 2015.

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

*[Handwritten Order:]* Order. Motion is Granted. Plaintiff's time to file motion for summary judgment is Enlarged to June 6th, 2015.

*[Signed]* 5/22/15

-1-