IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, Sr.
    Plaintiff,
: CIVIL ACTION
No. 14-3873

v.

LOUIS GIORLA, et al.,
    Defendants

**FILED**

JUN - 5 2015

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Fed.R.Civ.P. Rule 6, Plaintiff requests to be granted an Extension of time to file Motion for Summary Judgment on or before June 26, 2015.

2. On Monday, May 15, 2015, at S.C.I Forest this institution was locked down again until May 21, 2015. This court can notify this institution to speak with Sarah Siegel, the Superintendent's Assistant, regarding this matter.

SOUGHT OF RELIEF

3. WHEREFORE, Plaintiff prays that this court grant his motion for an Extension of time to file a motion for Summary Judgment until June 26, 2015.

RECEIVED
JUN 0 5 2015

Respectfully submitted

TROY L. MOORE
FE2483
S.C.I Forest
P.O. Box 945
Marienville, PA 16239

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, Sr. : CIVIL Action
    Plaintiff.
: No. 14-3873
    v.

LOUIS GIORLA, et al., :
    Defendants

CERTIFICATE OF SERVICE

I, Troy L. Moore, Hereby certify that I sent a True and Correct Copy of Plaintiff's Motion For Extension of Time to persons that are indicated in this manner below. On this date to the following

Alan S. Gold
Attorney at Law
The Pavilion
261 Old York Rd.
Suite 526
Jenkintown, PA. 19046

Aaron Shotland
Attorney at Law
City of Phila. Law Dept.
1515 Arch street
14th Floor
Phila, PA. 19102

Respectfully Submitted,

Dated: 6-1-2015

TROY L. MOORE
FE2483
S.C.I. Forest
P.O. Box 945
Marienville, PA. 16239

Inmate Name **TROY MOORE**   DC# **FE-2483**
Housing Unit: **AB-2063**
SCI Forest
PO Box 945
Marienville, PA 16239

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 2609
601 MARKET STREET
PHILADELPHIA, PA 19106-9865

X-RAY   S.M.S.

Inmate Mail Dept. of Corrections

1910631796