IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, Sr.<br>Plaintiff, | CIVIL ACTION<br>No. 14-3873 |
| v. | |
| LOUIS GIORLA, et al.,<br>Defendants | |

**FILED**
JUN - 5 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Fed.R.Civ.P. Rule 6, Plaintiff requests to be granted an Extension of time to file Motion for Summary Judgment on or before June 26, 2015.

2. On Monday, May 15, 2015, at S.C.I Forest this institution was locked down again until May 21, 2015. This court can notify this institution to speak with Sarah Siegel, the Superintendent's Assistant, regarding this matter.

SOUGHT OF RELIEF

3. WHEREFORE, Plaintiff prays that this court grant his motion for an Extension of time to file a motion for Summary Judgment until June 26, 2015.

Respectfully submitted

TROY L. MOORE
FE2483
S.C.I Forest
P.O. Box 945
Marienville, PA 16239

RECEIVED
JUN 0 5 2015

Order
Extension to June 26, 2015
is Approved.

/s/ C. Adams
6/9/15

FILED
JUN - 9 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk