IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| V. | : | NO. 14-3873 |
| MARGARET McGROGAN, RN, et al. | : | |

ORDER

AND NOW, this        day of              , 2015 it is hereby ordered that the motion for summary judgment of Troy Lamont Moore, Sr. is DENIED.

_____
THE HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE