EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

|  |  |  |
|---|---|---|
| TROY LAMONT MOORE, SR. | ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | |
| v. | ) | Civil Action No.    14-3873 |
| COMMISSIONER LOUIS GIORLA, MAJOR MARTIN, C.O. WALDEN, R.N. MEDICAL NURSE MC GROGAN | ) ) ) ) ) | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TROY LAMONT MOORE, SR, FE-2483
SCI-FOREST
P.O. BOX 945
MARIENVILLE, PA  16239-0945

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____6/26/2014_____          _____
P. Rosser
_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Troy Lamont Moore, Sr.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Louis Giorla, Commissioner,

Major Martin, Corrections Offificer

Walden and McGrogan,  RN Meidcal

Nurse..

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

14      3873

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
           *(check one)*

FILED
JUN 2 6 2014
BY ____ MICHAEL E. KUNZ, Clerk
         Dep. Clerk

RECEIVED
JUN 2 3 2014

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name      **Troy Lamont Moore, Sr.**

               ID #      **Fe-2483**

               Current Institution      **SCI-Forest**

               Address      **P.O. Box 945, Marienville, Pa 16239-0945**

*Rev. 10/2009*

B.      List all defendants' names, positions, places of employment, and the address where each defendant
        may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
        above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1          Name **Louis Giorla**                          Shield #   1

                         Where Currently Employed   Industrial Correctional Center

                         Address  8301 State Road

                         Philadelphia, Pa 19136

Defendant No. 2          Name   Major Martin                            Shield #   2

                         Where Currently Employed  Industrial Correctional Center

                         Address  8301 State Road

                         Philadelphia, Pa 19136

Defendant No. 3          Name  Walden, Correctional Officer  Shield #   3

                         Where Currently Employed  Industrial Correctional Center

                         Address  8301 State Road

                         Philadelphia, Pa 19136

Defendant No. 4          Name  McGrogan, RN Medical Nurse      Shield #   4

                         Where Currently Employed  Industrial Correctional Center

                         Address  8301 State Road

                         Philadelphia, Pa 19136

Defendant No. 5          Name _____   Shield #_____

                         Where Currently Employed _____

                         Address _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur?   *PICC*

B.      Where in the institution did the events giving rise to your claim(s) occur? _____
ON G2 IN CELL 18 & THE MEDICAL
DEPARTMENT.

C.      What date and approximate time did the events giving rise to your claim(s) occur?
ON 9-16-2013 AT APPROXIMATELY 2315 HOURS

| What happened to you? |
|---|

D.   Facts:  On 9-16-2013, at approximately 2315 hours, the toilet in the cell violently overflowed every 20 minutes through out the night with feces and urine. After experiencing shortness of breath, and chest pains along with vomiting, I informed correctional officer Walden who ignored my request to remove me out of that cell and to request medical attention. After being covered in and subjected to breathing raw sewage in

| Who did what? |
|---|

access of 8 hours. I was permitted to go to medial where I informed Rn Mcgrogan of chest pains. My pulse was taken and I was ordered back to the block even after requesting nitro glycerine which was denied. I have exhausted the grievance levels and conferenced  personally to Major Martin and

| Was anyone else involved? |
|---|

Commissioner Giorla to no avail. Major Martin ordered the video footage to be pulled and commissioner Giorla stated the situation is to be handled at the corrections officer discretion. My cell 18 at G2 cell mate Gabriel Bassemy was

| Who else saw what happened? |
|---|

present during the incident and attached are two affidavits from Larry Rodrigues #1125016 & Rodney Johnson 1013365

See, attached affidavits as Exhibit3 & Exhibit 4

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  PTSD Issues: Shortness of breath, vomiting, rash and prolonged chest pain due to exposure of raw sewage and feces in excess of 8 hours and refusal to provide medical treatment by prison officials.

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_ No ____ Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _X_ No ____ Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No _X_

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____AT PICC_____

1.  Which claim(s) in this complaint did you grieve? C/O, MEDICAL, DEPUTY WARDEN AND WARDEN, REVIEW ATTACH EXHIBIT 2-2

2.  What was the result, if any? DENIED

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. C/O, MEDICAL, DEPUTY WARDEN AND WARDEN

_____

_____

_____

F.      If you did not file a grievance:

   1.      If there are any reasons why you did not file a grievance, state them here: _____

_DO NOT APPLY_

_____

_____

_____

   2.      If you did not file a grievance but informed any officials of your claim, state who you
           informed, when and how, and their response, if any: _____

_DO NOT APPLY_

_____

_____

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative
        remedies. _N/A_

_I EXHAUSTED ALL ADMINISTRATIVE_
_REMEDIES. REVIEW EXHIBIT_

_____

_____

_____

<u>Note</u>:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies. _PLEASE REVIEW ATTACHED_
                                  _EXHIBITS AS EVIDENCE..._

V.      Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that

you are seeking and the basis for such amount). ____REVIEW ATTACHED PAGE 5A...

<u>If plaintiff are able to reach a settlement with the</u>

<u>defendants in this case. Plaintiff would like to discuss</u>

## STATEMENT OF CLAIM

1.   Plaintiff state a claim alleging that his constitutional rights was violated by Defendant Walden. Plaintiff was on G2 in cell 18 residing in human waste and a toilet that over flowed several times. Defendant Walden refused to permit plaintiff to clean-up the clean. Nor would Walden allow plaintiff to move to another cell. Plaintiff has suffered an actual injury of shortness of breath, vomiting, diarrhea and facial rash along with unnecessary achnes.

2. Plaintiff demand for relief in damages in the amount of $35,000. If video footage has been destroyed of said incident that plaintiff instructed defendants to preserved. Plaintiff demand for relief in damage in the amount of $35,000.00

3. Plaintiff state a claim alleging that his constitutional rights was violated by Defendant McGrogan. Defendant McGrogan failed or refused to provide the proper medical care to plaintiff suffering from shortness of breath, vomiting, darrhea and facial rash along with unnecessary achnes.

4. Plaintiff demand for relief in damage in the amount of $35,000.

5. Plaintiff state a claim alleging that his constitutional rights violated by Defendant Martin. Plaintiff informed Martin in person that he house on G2 at cell 18 living in human waste and received inadequate medical care from defendant McGrogan. Defendant Martin had ample time to correct the wrong of plaintiff's serious medical needs.

6. Plaintiff demand for relief in damages in the amount of $35,000.

7. Plaintiff state a claim alleging that his constitutional rights was violated by Defendant Giorla once Giorla reviewed video footage on GA at cell 18. Nor would defendant Giorla correct the wrong plaintiff receiving inadequate medical care by defendant McGrogan. Defendant Giorla had knowledge of it, but instead Giorla deivated from their policy. Defendant Giorla knew that plaintiff needed the proper medical care residing in a cell with human waste.

8. Plaintiff demand for relief in damages in the amount of $35,000.

9. Plaintiff state a claim alleging that his constitutional rights was violated by Defendant Walden. Defendant Walden has "trippered" plaintiff PTSD problems that reoccurred since tranatic incident on 9-16-2013. Plaintiff was on G2 in cell 18 residing in human waste and a toilet that over flowed several times. Plaintiff requested to be examined by mental health department. See, Exhibit 2-B  for review.

10. Plaintiff demand for relief in damages in the amount of -- $35, 000.

<u>it with their attorneys once time is appropriate. Plaintiff</u>
<u>has stated his claims on page 5A for the court review.</u>

VI.     Previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No X

On these claims

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.     Parties to the previous lawsuit:

Plaintiff ___*Do Not Apply*___

Defendants ___*Do Not Apply*___

2.     Court (if federal court, name the district; if state court, name the county) *Do Not Apply*

3.     Docket or Index number *Do Not Apply*

*Rev. 10/2009*                          - 6 -

4. Name of Judge assigned to your case _DO NOT APPLY_

5. Approximate date of filing lawsuit _DO NOT APPLY_

6. Is the case still pending? Yes ____ No ____ _DO NOT APPLY_

   If NO, give the approximate date of disposition _DO NOT APPLY_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _DO NOT APPLY_

   _____

   _____

| On other claims |
|---|

C. Have you filed other lawsuits in state or federal court?

   Yes ____ No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit; describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff _DO NOT APPLY_

   Defendants _DO NOT APPLY_

2. Court (if federal court, name the district; if state court, name the county) _DO NOT APPLY_

3. Docket or Index number _DO NOT APPLY_

4. Name of Judge assigned to your case _DO NOT APPLY_

5. Approximate date of filing lawsuit _DO NOT APPLY_

6. Is the case still pending? Yes ____ No ____ _DO NOT APPLY_

   If NO, give the approximate date of disposition _DO NOT APPLY_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _DO NOT APPLY_

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15_ day of _JUNE_, 20_14_.

Signature of Plaintiff _____

Inmate Number _FE-2483_

Institution Address   *SCI-FOREST*
*P.O. Box 945*
*MARIENVILLE, PA*
*16239-0945*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this *15* day of *JUNE*, 20*15*, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff:

*EXHIBIT 1*

## Philadelphia Prison System
## Inmate Grievance Form

ASD ☐
CFCF ☐
DC ☐
HOC ☐
PICC ☑

Check box only if grievance is regarding Medical Services ☑

Name TROY L. MOORE SR.         Housing Unit G2 CELL 18
Intake Number 853 403          Police Photo Number 853 403

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|

ON 9-16-13 AT APPROX. 2315 HOURS, MY CELL'S
(18) TOILET OVER FLOWED SEVERAL TIMES.
AFTER INFORMING THE C/O OF THE SITUATION,
SHE REFUSED TO PERMIT CLEAN UP. THE TOILET
CONTINUED TO OVER FLOW EVERY 20 TO 30 MINUTES
WHICH RESULTED IN ME RESIDING IN A CELL
OVERNIGHT WITH TWO INCHES OF RAW SEWAGE
ON THE FLOOR. AS OF THIS MORNING I HAVE
SUFFERED FROM SHORTNESS OF BREATH, VOMITTING,
DIARRHEA AND FACIAL RASH / ACHNE. AFTER
INFORMING & VISITING MEDICAL DEPT. & BEING
EXAMINED FOR 45 SECOND'S I WAS ORDERED BACK
TO THE BLOCK (G2). EXAMINED BY RN McGROGAN
AT MED DEPT.

| Action Requested by Inmate: |
|---|

MEDICAL ATTENTION OR SOLUTION TO RESOLVE
PROBLEM FROM REOCCURANCE.

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|

INFORMING C/O, SGT & MED STAFF

Date that you are depositing this Grievance in a grievance box:  9-17-13

_____ (Signature of Grievant)          9-17-13 (Date)

Distribution: 1. Deputy Warden for Administration 2. Warden 3. Inmate's Receipt of Filing

*ExHiBit 1*

## Philadelphia Prison System

### Inmate Grievance Form

Check box only if grievance is regarding Medical Services ☐

Name __Wm L. Moore Sr.__   Housing Unit __G-2 Cell 18__

Intake Number __53-03__   Police Photo Number _____

| Description of Grievance, Incident or Problem (include date and time of incident) |
|---|

I DECLARE (OR CERTIFY, VERIFY OR STATE) UNDER THE
THE PENALTY OF PERJURY, UNDER THE LAWS OF THE
UNITED STATES OF AMERICA THAT THE FOREGOING IS
TRUE AND CORRECT (TITLE 28 USC § 1746)
THIS IS IN REFERENCE TO A PREVIOUS GRIEVANCE FILED
THE GRIEVANCE WAS REVIEWED BY MAJOR MARTIN AND
ONLY PARTIALLY REMEDIED. PART ONE OF "ACTION
REQUESTED — MEDICAL NEEDS" WAS INITIATED. HOWEVER,
PART TWO "ACTION REQUESTED — PROCEDURAL AMENDMENT
TO ENSURE NO REOCCURANCE" WAS INADEQUATELY ADDRESSED
I AM FORMALLY REQUESTING THAT THIS CONTINUATION
GRIEVANCE BE APPEALED IN ORDER TO BE REVIEWED BY
THE SUPERINTENDENT AT THE NEXT GRIEVANCE LEVEL
SEEING THAT THE INITIAL GRIEVANCE WAS NOT
REVIEWED BY A BOARD.

| Action Requested by Inmate: |
|---|

PROCEDURAL AMENDMENT REVIEW BY SUPERINTENDENT
AT NEXT GRIEVANCE LEVEL.

See: Continuation of Grievance - Page 2   Yes ☐   No ☐

| Describe how and when you tried to resolve this Grievance informally. |
|---|

INCIDENT THE NIGHT OF 9-16-13

Date that you are depositing this Grievance in a grievance box: _____

_(Signature of Grievant)_   _10-4-13_
   _(Date)_

Distribution: 1. Deputy Warden for Administration  2. Warden  3. Inmate's Receipt of Filing



*Exhibit 2-A*

# SICK CALL REQUEST

Check one:  _____ Dental      ✓ Medical      _____ Mental Health

Name: TROY L. MOORE SR.      Inmate I.D. Number  853 403
(Print Name)

Social Security No. 168 58 3950
Housing Unit: G2 Cell 18

Medical Problem (be specific): SHORTNESS OF BREATH, THROWING UP, DIARRHEA, RASH (FACIAL & ARMS). DUE TO EXPOSURE OF RAW SEWAGE FOR SEVERAL HOURS

Inmate's Signature _____      Date: 9-17-13   Time: _____

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____

86-146

---



*Exhibit 2-C*

# SICK CALL REQUEST

Check one:  _____ Dental      ✓ Medical      _____ Mental Health

Name: TROY L. MOORE SR.      Inmate I.D. Number  853 403
(Print Name)

Social Security No. 168 58 3950
Housing Unit: G2 Cell 18

Medical Problem (be specific): STILL SUFFERING FROM HEAD ACHES, PLEASE RENEW MOTRIN SCRIPT FOR MED LINE

Inmate's Signature _____      Date: 10/5/13   Time: 3:00PM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____



*EXHIBIT 2-B*

# SICK CALL REQUEST

Check one: _____ Dental    _____ Medical    ✓ Mental Health

Name: __TROY L MOORE SR._____    Inmate I.D. Number __853 403__
(Print Name)

Social Security No. __168 58 3950__

Housing Unit: __62 CELL 18__

Medical Problem (be specific): __REQUESTING TO SEE MR. GEE__
__TO DISCUSS ONGOING PSYCH ISSUE'S__
__ASAP ✓ PTSD PROBLEM HAS REOCCURED__
__SINCE TRANATIC INCIDENT ON 9-16-13__
_____

Inmate's Signature _____    Date: __9-25-13__    Time: __2:50 PM__

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____
_____
_____

Provider's Signature: _____    Date: _____    Time: _____

86-146

# SICK CALL REQUEST

*Exhibit 2-D*

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: TROY L. MOORE SR.    Inmate I.D. Number 853 403
(Print Name)

Social Security No. _____

Housing Unit: _____

Medical Problem (be specific): HEAD ACHE & EAR ACHE FOR TWO DAYS ⚡

Inmate's Signature _____ Date: 10-9-13   Time: 9:45

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____ Date: _____ Time: _____

86-146

---

# SICK CALL REQUEST

*Exhibit 2-E*

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: TROY L. MOORE SR.    Inmate I.D. Number 853 403
(Print Name)

Social Security No. 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

Housing Unit: G2 CELL 18

Medical Problem (be specific): PLEASE RENEW MY ANTI FUNGAL FOOT CREAM FOR MEDICATION LINE.

THANK YOU

Inmate's Signature _____ Date: 10-17-13   Time: 8:00 AM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____ Date: _____ Time: _____

86-146



**SICK CALL REQUEST**

Exhibit I
2-C

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: Troy L. Moore Sr    Inmate I.D. Number 853403
(Print Name)

Social Security No. 168 58 3950

Housing Unit: G2 Cell 18

Medical Problem (be specific): Still Suffering From Upset
Stomach. Please Renew Pepto Bismal Tablets
For Med Line

Inmate's Signature _____ Date: 10/22/13   Time: 1:00 AM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____ Date: _____ Time: _____

86-146

---



**SICK CALL REQUEST**

Exhibit
2-F

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: Troy L. Moore Sr.    Inmate I.D. Number 853403
(Print Name)

Social Security No. 168 58 3950

Housing Unit: G2 Cell 18

Medical Problem (be specific): Need Anti Fungal Cream Renewed

Inmate's Signature _____ Date: 10/29/13   Time: 2220

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____ Date: _____ Time: _____

Exhibit/
3

# Affidavit

I, LARRY RODRIGUEZ PP# 112501G, state under the penalties of Pa.
C.T. 4904 relating unsworn falsification to authorize the following.

That is a sworn statement of the true facts of the following in behalf of TROY MOORE PP#853403

(con't from previous page 1), and frame of my cell door. The smell
of feces was unmistakable. As I listened carefully, I recognized
the voice of Mr. Troy Moore PP# 853403, who resides in cell # 18. Mr.
Moore was begging for help. He said "That there was 2 inches of raw
sewage in his cell". Mr. Moore also stated that, "All I want is someone to
please help me". As the evening progressed into early morning, only cell
#19 was allowed out to clean reluctantly. I observed that Mr. Moore
PP# 853403 in cell #18 was not allowed out and was left to muddle
in raw sewage. I fell asleep, but not sure at what time. I awoke
the morning of September 17, 2013. I got dressed and walked up to my
cell door (cell #26). I observed that there was still water with
foreign debris still on the floor, in the vicinity of cell #19 and
spread out toward the area and direction of cell #18. I could
again hear Mr. Moore PP# 853403 complaining about the
inundation. I deduced that cell #18 was still flooded by Mr.
Moore's statement of, "I spent all night in raw sewage", and "I could
not sleep". Mr. Moore PP# 853403 was eventually compelled to mop
possibly infectious waste material without proper material and
(con't the next page, page 3, 2 of 3) ————————————→

Sworn before me _____ day of _____ 201___

_____
Notary

ALL RIGHTS RESERVED
without prejudice
_____
Signature of Affidavit

_Sx/ti/Sti_
_3_

## Affidavit

I, __LARRY RODRIGUEZ. PPE # 112-5016_____, state under the penalties of Pa.
C.T. 4904 relating unsworn falsification to authorize the following.

That is a sworn statement of the true facts of the following in behalf of __TROY MOORE PPE # 853403__

( con't from previous page 1 ) without proper protection, i.e. gloves, mask,
or chemicals, etc. This is unacceptable exposure to biohazardous material.
Which demands proper procedure and equipment, in order to
dispose of properly in according to OSHA standards (occupational
safety and hazards association). Mr. Moore PPE # 853403 was
visibly upset and distressed. END OF STATEMENT @ September 17,
2013. Nothing Follows. ———— @ 17SEP 2013

Nothing Follows

② 17 SEP 2013

①

END OF STATEMENT   17 SEP 2013

Sworn before me _____ day of _____ 201___

_____
Notary

ALL RIGHTS RESERVED
without prejudice
_____
Signature of Affidavit

Ex Hibit
4

## Affidavit

I _Rodney Johnson 1013365_ state under the penalties of Pa. C. T. 4904

relating to unsworn falsification to authorize the following.

<u>That this is a sworn statement of the true facts of the following in behalf</u>

Of:

ON THE NIGHT OF SEPTEMBER 16, 2013 AROUND 11:00 PM I
WITNESSED THE PERSON SPOKEN OF ATTEMPING TO NOTIFY
THE C/O ON DUTY OF A BACK UP AND OVERFLOWING OF HIS
TOILET WITHIN HIS CELL. ON SEVERAL ATTEMPS I HEARD AND
SAW HIM BANGING AND KNOCKING ON HIS DOOR WHILE YELLING
TO THE C/O THAT THE INCIDENT WAS ACCURING. THERE WAS
FICAL MATTER WITHIN THE WATER WHICH WAS POURING OUT
OF HIS CELL AND ENTERING MINE. I ALSO YELLED TO THIS C/O
LETTING THEM UNDERSTAND WHAT WAS TAKING PLACE AND HOW
DISGUSTING IT WAS. WITH ALL THE WARNINGS AND YELLING THE C/O
ON DUTY REFUSED TO REACT AND PROCEEDED TO IGNORE ALL
WARNINGS. NOT ONLY DID THEM NEGLECT TO REACT THAT NIGHT
THEY MADE THE PERSON SPOKEN OF STAY WITHIN HIS CELL ALL
NIGHT. UNTIL THE NEXT MORNING. ALSO MAKING MYSELF AND
OTHERS WHO CELLS ALSO FLOODED SUFFER. 8:00 AM OR AROUND
THAT TIME THE NEXT MORNING HE WAS FINALLY ALLOWED TO
EXIT AND CLEAN HIS CELL. BUT THE OTHER CELLS WERE NOT
ALLOWED TO EXIT AND CLEAN THERE CELLS. BECAUSE OF THIS
INCIDENT I KNOW HAVE AN INFESTATION OF KNATS WITHIN MY
CELL AND ALSO A LIGHT ODOR THAT STILL HASN'T LEFT.

Sworn before me _20th_ day of _____ 201_

_____
Notary

_____
Signature of Affidavit