EXHIBIT "B"



```
Inmate Grievances
   MOORE                TROY
   (last)               (first)
   Intake                 PID  853403      DOB 08/20/1972

Grievance   Type        Sub-Type        Submitted   Logged      Fac.  Status
G132571     MEDICAL     MEDICAL         10/31/2013  11/01/2013  PICC  RESOLVED
G022150     MEDICAL     MEDICAL         11/18/2002  11/19/2002  CFCF  RESOLVED




   Height 6'03          Hair BLACK               Sex MALE
   Weight 160           Eyes BROWN               Race BLACK
   Marks:

   Languages:
   ENGLISH
                              PgUp    PgDn    F9     F10     F11     F12
                              GoBack  Zoom           Attnd   Where   Report
   MR     Lock&Track © 2002-2004 LockWorks LLC       IPay            About
Philadelphia Police Photo-id Number
```



```
┌ Inmate Grievances ────────────────────────────────────────────────────
│  MOORE                 TROY
│  (last)                (first)
│  Intake                PID  853403      DOB 08/20/1972
│ ┌ Grievance Zoom ─────────────────────────────────────────────────────
│ │
│ │  Grievance G022150       Type MEDICAL___      Status RESOLVED
│ │    SubType MEDICAL
│ │  Submitted 11/18/2002 00:00
│ │     Logged 11/19/2002 09:57
│ │   Facility CFCF
│ │   Location a-2 pod 3
│ │   Occurred 11/17/2002 00:00
│ │ Description *
│ │
│ │
│ │  Processed 11/19/2002 09:57 by COOPER_S
│ │
│ └──────────────────────────────────────────────────────────────────────
│
│    ENGLISH
└──────────────┌PgUp─┐┌PgDn┐┌F9──┐┌F10──┐┌F11──┐┌F12───┐
               │     ││    ││    ││     ││     ││Report│
               │GoBack││    ││Staff││Review││Witnes││Appeal│
     R    Lock&Track © 2002-2004 LockWorks LLC
  +Category of grievance
```



```
Memo: GRIEVANCESZ.DEF.INCIDENTS.COMPLAINT
INMATE CLAIMS THE OFFICER DENIED HIM MEDICAL ATTENTION.                    ◆




                                   PgUp    PgDn

                                   GoBack
        RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.
```

3

EXHIBIT "B"



```
Inmate Grievances
   MOORE              TROY
   (last)             (first)
   Intake               PID  853403     DOB 08/20/1972

   Grievance  Type      Sub-Type     Submitted   Logged      Fac.  Status
   G132571    MEDICAL   MEDICAL      10/31/2013  11/01/2013  PICC  RESOLVED
   G022150    MEDICAL   MEDICAL      11/18/2002  11/19/2002  CFCF  RESOLVED




   Height 6'03        Hair BLACK              Sex MALE
   Weight 160         Eyes BROWN              Race BLACK
   Marks:

   Languages:
   ENGLISH
                        ┌PgUp   ┌PgDn  ┌F9   ┌F10   ┌F11   ┌F12
                        │GoBack │Zoom  │     │Attnd │·Where│Report
   MR    Lock&Track © 2002-2004 LockWorks LLC    │IPay         │About
Philadelphia Police Photo-id Number
```



```
Inmate Grievances
   MOORE                TROY
   (last)               (first)
   Intake               PID  853403     DOB 08/20/1972
  Grievance Zoom

    Grievance G022150      Type MEDICAL       Status RESOLVED
     SubType MEDICAL
    Submitted 11/18/2002 00:00
      Logged 11/19/2002 09:57
    Facility CFCF
    Location a-2 pod 3
    Occurred 11/17/2002 00:00
 Description *

    Processed 11/19/2002 09:57 by COOPER_S



   ENGLISH

                         PgUp   PgDn   F9     F10    F11    F12
                         GoBack        Staff  Review Witnes Report
     R    Lock&Track © 2002-2004 LockWorks LLC              Appeal
 +Category of grievance
```

2



```
 Memo: GRIEVANCESZ.DEF.INCIDENTS.COMPLAINT
| INMATE CLAIMS THE OFFICER DENIED HIM MEDICAL ATTENTION.              ♦
```

RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.



```
┌ Inmate Grievances ─────────────────────────────────────────────────
    MOORE              TROY
    (last)             (first)
    Intake               PID 853403    DOB 08/20/1972
  ┌ Grievance Zoom ──────────────────────────────────────────────┐
  │                                                                │
├ Grievance Review Zoom ─────────────────────────────────────────────

       Review 1           Status  RESOLVED-I
        Type ACT-REC-I
     Reviewer 134967     PEALE, GEORGE          DEPWARDEN
     Assigned 11/19/2002 10:06
 Action Taken *
   Completed 11/19/2002 10:12
   Resolution Y


     Processed 11/19/2002 10:12 by COOPER_S

├───────────────────────────────────────────────────────────────────
└────────────────────┌PgUp─┐┌PgDn─┐┌F9─┐┌F10─┐┌F11─┐┌F12──┐──────────
                     │     ││     ││   ││    ││    ││Report│
                     │GoBack                        │     │
    R    Lock&Track © 2002-2004 LockWorks LLC
+Status of review
```

```
┌ Memo: GREVIEWZ.GRIEVANCEREVIEWS.REVIEW ──────────────────────────────┐
│ BE ADVISED UNABLE TO ADDRESS YOUR GRIEVANCE PROPERLY, YOU MUST GIVE THE NAME
│ OF THE OFFICER YOU ARE GRIEVING. THEREFORE I WILL BE ABLE TO ADDRESS YOUR
│ COMPLAINT.
│
│
│
│
│
│
│
│
│
│
│                         ┌PgUp──┐ ┌PgDn─────
│                         │GoBack│ │
└─────────────────────────┴──────┴─┴──────────────────────────────────┘
          RAPT V7.1-70 Copyright © 2002-2012 by LockWorks LLC.
```

5

G132571

## Philadelphia Prison System

### Inmate Grievance Form

ASD
CFCF
DC
HOC
PICC ✓

Check box only if grievance is regarding Medical Services ☐

Name _Troy L. Moore Sr._

Intake Number _853 403_

Housing Unit _____

Police Photo Number _____

**Description of Grievance, Incident or Problem**
**(include date and time of incident)**

I DECLARE (OR CERTIFY, VERIFY OR STATE) UNDER THE
PENALTY OF PERJURY; UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING IS TRUE AND
CORRECT (TITLE 28 USC § 1746). THIS IS IN REFERENCE TO
TWO PREVIOUS GRIEVANCES FILED, ONE REVIEWED BY MAJOR
MARTIN BUT NO FOLLOWING ACTION WAS TAKEN BY PICC TO
RECTIFY MEDICAL NEEDS/DISCREPENCY; IE: MEDICATION.
SECONDLY, ACTION REQUESTED FOR PROCEEDURAL AMENDMENT
FOLLOWING THE INCIDENT OF 9-16-13 WAS INADEQUATELY
ADDRESSED. I AM FORMALLY REQUESTING THAT THIS
CONTINUATION GRIEVANCE BE REVIEWED BY COMMISSIONER
LOUIS GIORLA AT THE NEXT GRIEVANCE LEVEL, SEEING
THAT THE INITIAL GRIEVANCE WAS NOT REVIEWED BY
A BOARD, AND THE SECOND GRIEVANCE HAS GONE
TOTALLY UNANSWERED. (NOTHING FOLLOWS)

**Action Requested by Inmate:**

RECTIFY MEDICATION NEEDS AND PROCEEDURAL AMENDMENT
REVIEW BY COMMISSIONER LOUIS GIORLA

See: Continuation of Grievance - Page 2    Yes ☐    No ☐

**Describe how and when you tried to resolve this Grievance informally.**

INCIDENT THE NIGHT OF 9-16-13

Date that you are depositing this Grievance in a grievance box:

_(Signature of Grievant)_                    10-20-13
                                              _(Date)_

Distribution: 1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing
86-570

6

G132571

## Philadelphia Prison System

### Finding of the Inmate Grievance

ASD ☐
CFCF ☐
DC ☐
HOC ☐
PICC ☒

Grievant's Name: Troy E. Moore

Grievant's Intake Number: 131577

Date of Grieved Incident: 10/20/13

Names of Witnesses:

Grievant's PPN: 853403

Grievant's Housing Unit: G-Unit

Date of Inmate's Deposit: 10/31/13

Rec'd 11/05/13

Date that Grievance was logged in by Deputy Warden:

Factual Findings

I/m States that Medical isn't Providing the proper Medical care.

Mr. Moore was seen in medical 11/7/13 and was upset with an incident that occurred 9/16/13 on his block in his cell, when the toilet exploded with feces and urine. He said they had to stay in the cell overnight with the same clothing. The next morning he came to medical and the nurse only check his pulse ox and sent him back. Upon reviewing his medical chart he was assessed by the RN's 9/16/13 and 9/18/13, in which all vital signs were taken not just a pulse ox. He was educated on the sick call process and verbalized understanding. He will also be followed up in chronic care clinic for possible Cardiac issue. He stated he has Paperwork was completed by him to release medical information from his outside provider to the chronic provider. Appointment was schedule 11/19/15, however he was released 11/14/13. DOC

Affirled, MILLER

Recommended Action of the Deputy Warden

Issue was properly addressed by medical staff. Inmate was discharged on Nov. 14, 2013.

Signature: M. Martin

Date: 11/26/13

Warden's Review

Recommended Action:     Approved ☒     Disapproved ☐

Justification for Disapproval of Recommended Action

No further action requen

Signature of Warden: LM

Date: 11/27/13

Action Accepted by Inmate:     Yes ☒     No ☐

Signature of Inmate:

Date: 11/07/13

Distribution: 1. Warden   2. Inmate   3. Deputy Warden for Admin.

7



MOORE     TROY
Intake 1315771     PID  853403
DOB 08/20/1972

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

**8/5/13** — CCC#8 #2

As 8hts he doesnt have HTN.
Pt wants Naproxen for pain/strain
since 1991 & who is for pain
rc/refs

see nur

_[signature]_

**9/16/13** 1358 — Due to mental floating garden hx Have SOB, diarrhea
exposed to raw sewerage toilets overflowed last night
& may have been exposed to something BP 110/80 - 76-16.
Po 97's & SOB noted I to put s/c in for diarrhea
_McGreen_

**9/18/13** — S  c/o stomach upset & body pain
O — alert oriented x3  amb/ely. No SOB
A — Vs Teg. 97-8  P-R 78 int  P-Ox 98 /
B-p 110/80 on Rt  R-R 16 int. Abd soft
Bowel Sound Present
P — Pt educated for Vs per Nel pubr
Col  T. Pepto Bismol/ 1 tab  po MD
G — Return Gary for BID x 8 days —
_[signature] R Smith_