EXHIBIT "D"

# SICK CALL REQUEST

Check one: _____ Dental   _____ Medical   _____ Mental/Health

Name: _Troy Moore_
(Print Name)

Social Security No. _____
Inmate I.D. Number _853-403_
Housing Unit: _B1-14_

Medical Problem (be specific): _LOWER LUMBAR REQUESTING TO BE PUT BACK ON MY NORISAL MEDICATION. (LORICEPT)_

_____

Inmate's Signature _____   Date: _July 10, 2013_   Time: _4:06 p.m_

**FOR MEDICAL UNIT USE ONLY**

Disposition: _Seen_

Provider's Signature: _____   Date: _7/11/13_   Time: _10:38 am_

86-146

JUL 10 '13 PM10:03

# SICK CALL REQUEST

Check one: _____ Dental   ✓ Medical   _____ Mental Health

Name: _Roy_ _L_ _Moore_ _Sr._
(Print Name)

Inmate I.D. Number _853 403_

Social Security No. _168 58 3960_

Housing Unit: _G2_

Medical Problem (be specific): _Injury To Both Feet, Requesting_
_To Consult With Doctor About Possible Assisted Movement_

_____

_____

_____

Inmate's Signature _[signature]_   Date: _7/18/13_   Time: _9:35 AM_

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _[signature]_   Date: _7/13/13_   Time: _____

86-1-46

**MR 2**

# SICK CALL REQUEST

(PHILADELPHIA PRISONS seal)

Check one: _____ Dental          _____ Medical

Name: Troy L. Moore Sr.
(Print Name)

Social Security No. 168 3

Inmate I.D. Number 8

Housing Unit: G2 C6

Medical Problem (be specific): STILL SUFFERING FROM HEAD ACHES
PLEASE RENEW MOTRIN SCRIPT FOR MED LINE

Inmate's Signature _____   Date: 10/5/13   Time: 3:00 PM

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: 11/6/14   Time: _____

**MR 3**

SICK CALL REQUEST

Check one: _____ Dental _____ Medical _____ Mental Health

Name: Troy L. Moore Sr.
(Print Name)

Inmate I.D. Number 853 403

Social Security No. 168 58 3950

Housing Unit: GA Cell 18

Medical Problem (be specific): NEED ANTI FUNGAL CREAM RENEWED

Inmate's Signature _____ Date: 10/29/13 Time: 22 20

**FOR MEDICAL UNIT USE ONLY**

Disposition:

Provider's Signature: _____ Date: _____ Time: _____

**MR 4**

# SICK CALL REQUEST

Check one: _____ Dental   ✓ _____ Medical   _____ Mental Health

Name: __Troy L. Moore Sr._____
(Print Name)

Inmate I.D. Number _____

Social Security No. 168 58 3950

Housing Unit: G2 Cell 18

Medical Problem (be specific): Still Suffering From Upset Stomach, Please Renew Pepto Bismal Tablets For Med Line

Disposition: _____

**FOR MEDICAL UNIT USE ONLY**

Inmate's Signature _____   Date: 10/22/13   Time: 1:00 AM

Provider's Signature: _____ (Date: 10/26/13   Time: 10A

86-146

**MR 5**

# SICK CALL REQUEST

Check one:

_____ Dental        ✓ _____ Medical        _____ Mental Health

Name: __Troy L. Moore Sr.__   Inmate I.D. Number __853 40 3__
   (Print Name)

Social Security No. __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__   Housing Unit: __G2 Cell 18__

Medical Problem (be specific): __Please Renew My Anti Fungal__
__Foot Cream for Medications Line,__

_____ Thank You

_____

**FOR MEDICAL UNIT USE ONLY**

Inmate's Signature _[signature]_   Date: __10-17-13__   Time: __8:00 AM__

Disposition: _order 5vol cream 10/05/13_
_referral to med line_

Provider's Signature: _[signature]_   Date: __10/05/13__   Time: __8:30 a__

86-146

**MR 6**

# SICK CALL REQUEST

Check one: _____ Dental _____ Medical _____ Mental Health

Name: _Troy L. Moore Sr._   Inmate I.D. Number _853 403_

(Print Name)

Social Security No. _____

Housing Unit: _____

Medical Problem (be specific): HEAD ACHE & EAR ACHE FOR TWO DAYS

_____

_____

_____

_____

_____

Inmate's Signature _____   Date: _10-9-13_   Time: _9:45_

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

_____

Provider's Signature: _____   Date: _____   Time: _____

86-146

MR 7

# SICK CALL REQUEST

Check one: _____ Dental   _____ Medical   _____ Mental Health ✓

Name: Troy L. Moore Sr.
(Print Name)

Inmate I.D. Number 853 403

Social Security No. 168 58 3950

Housing Unit: G-2 Cell 18

Medical Problem (be specific): REQUESTING TO SEE MR. GEE.
TO DISCUSS ONGOING PSYCH ISSUES
ASAP ∀ PTSD PROBLEM HAS REOCCURED
SINCE TRAMATIC INCIDENT ON 9-16-13

Inmate's Signature _____   Date: 9-25-13   Time: 2:50 PM

---

**FOR MEDICAL UNIT USE ONLY**

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____

86-146

**MR 8**

# SICK CALL REQUEST

Check one:

_____ Dental      ✓ Medical      _____ Mental Health

Name: __Troy L. Moore, Sr.__
(Print Name)

Inmate I.D. Number __853 403__

Social Security No. __168 58 3950__

Housing Unit: __G2 Cell 18__

Medical Problem (be specific): __Shortness of Breath, Throwing up,__
__Diarrhea, Rash (Facial & Arms) Due To Exposure__
__Of Raw Sewage For Several Hours__

Disposition: _____

**FOR MEDICAL UNIT USE ONLY**

Inmate's Signature _____   Date: _9-17-13_   Time: _1:15_

Provider's Signature: _____   Date: _9/18/15_   Time: _____

86-146

**MR 9**

# SICK CALL REQUEST

Check one: _____ Dental _____ ✓ Medical _____ Mental Health

Name: TROY LAMONT MOORE SR.
(Print Name)

Inmate I.D. Number 853 403

Social Security No. _____

Housing Unit: _____

Medical Problem (be specific): NEED PRESCRIPTION FOR NAPROXIN RENEWED AS SOON AS POSSIBLE, THANK YOU

Inmate's Signature _____  Date: 7-29-13   Time: 9:00 AM

## FOR MEDICAL UNIT USE ONLY

Disposition: _____

Provider's Signature: _____   Date: _____   Time: _____

**MR 10**