# EXHIBIT "E"

## MENTAL HEALTH REVIEW:

| (check as appropriate) | YES | NO |
|---|---|---|
| Do you hear voices? | | ✓ |
| Do you have thoughts of hurting yourself or others? | | ✓ |
| Do you have a history of depression? | | ✓ |
| Is there impaired speech? | | ✓ |
| Is there evidence of self-mutilation? | | ✓ |
| Is the inmate oriented to time, place, and person? | ✓ | |
| *Are there tendencies of acting out with sexually aggressive behavior? | | ✓ |
| *Is the inmate identified as high risk with a history of sexually assaultive behavior? | | ✓ |
| *Is there a risk for sexual victimization? | | ✓ |
| Other significant observations | | ✓ |

Observations: _____

(*Inmate identified above shall be counseled, monitored, and housed accordingly.)

Suicide attempts: (circle one)   Yes   (No)
If yes, how many times? _____

If yes, why/where/when/how: _____

Past Psychiatric Hospitalizations/Outpatient Treatments/Partial Hospitalizations: _____

Previous Diagnosis as stated by Inmate: depression, PTSD

Psychotropic Medications, Dosage and Frequency: Zoloft, buspar

When last taken: 11/14/13

---

Psychiatric referral is needed (Circle those that apply):   Yes   (No)   Emergency   Routine
Medical referral is needed (Circle those that apply):   Yes   (No)   Emergency   Routine
If yes, indicate date and time referral was made: _____
                                                    Date                Time

Is inmate medically cleared for general population?   (Yes)   No
Access to medical services explained to inmate?   (Yes)   No

Interviewer's Signature, Title   C. Zaslavetz, RN   11/14/13   1450

Inmate Signature   11/14/13

Witness (If inmate refuses to sign)   Date

Interpreter Signature (If needed)   Date

MR 91

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks **S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 3.27.14 | NSY | DC-491 Complete — J. DnKRK |

MR 140

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/11/14 1430 | MED | CLINIC CANCELLED BY Wexford.   B. RUMINSKI WEXFORD HEALTH |
| 2/12/14 1510 | | P•P S/C No Show   MUHAMMAD GOLSORKHI, MD   FEB 12 2014 |
| 2.14.14 0900 | Med. CA 2.14.14 | CLINIC CANCELLED BY Wexford   JACKIE WOOD   HSA [signature] |
| 2-18-14 1600 | MEA | NO SHOW PER SICK CALL |
| 2-19-14 | | Ralph W Smith, JR |
| 2/20/14 | CRNP | Pop S/C → Pt not seen due to B-Unit lock down |
| 2/21/14 | 12p | UWM HER |
| 2/21/14 10:00 | Do | S' injury to low back x 20 years (only meds) chronic pain thru out the day, throbbing pain in L-S spine   O. pain over lumbosacral spine on palpation |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472
Revised 3/2007

Name: Moore,
Number: FE 2483
DOB: 8-20-73
Facility: SCI

MR 141

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
| 2/20/14 ~3/5/14 1125 | cr np | Pop S/C → "Chronic back pain, pt states ultram works ok." O/A/P → Medical director called, not enough documents to ↑ ultram, no paperwork from VA clinic yet. Pt request f/u with Dr Jaffe. ordered in —— UWA MAHER NP |
| 3/7/14 1323 | cr np | Pop s/c → c/o meds running out needs med renewal O) arm/legs gait intact, ROM WNL, strength WNL A) Chronic low back pain P) Toradol × 3 doses ordered ② clonal order UWA MAHER NP |
| 3/10/14 1500 Ⓑ | pm | For Sick Call... S: "Need to consult c pain management for chronic issues." Hx for back injury while in military @ 1993 c prob. since — Need Ultram No Jog O. 41 y.o. B/m – NAD – 231 c 6'3" AO Equi Gait & off/on Ethan A – Chronic Back Pain Syn P – Advised – Rx = NSAID on COX2 + Need PT Tx + Rest + Body Posturing etc... See 1st MAC — I/m Reluctant c Rx + to review c Dr. Jaffrey — Invitation Relation F. Kismick, D.O. |
| 3/19/14 | crnp | No show at pop s/c – UWA MAHER NP |

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/11/14 1430 | Med | CLINIC CANCELLED BY Wexford.   B. RUMINSKI / WEXFORD HEALTH, BR |
| 2/12/14 1510 | | P.P S/C No Show   MUHAMMAD GOLSORKHI, MD  FEB 12 2014 |
| 2.14.14 0900 | Med. CS 2-14-14 | CLINIC CANCELLED BY Wexford   JACKIE WOOD  HSA Jack. Wood |
| 2-18-14 1600 | MEA | No Show P/P Sick Call |
| M 2-19-14 | | Ralph W Smith, JR. |
| 2/20/14 | CRNP | P.P S/C → Pt not seen due to B block lock down   UWS M HER |
| 2/21/14 | 12p | |
| 2/21/14 10:00 | Do | S/ injury to low back x 20 years (only meds)   chronic pain thru out the day, Worsening pain   in L-Spine   O. per our interscored spine on palpate |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: Moore,
Number: FE 2483
DOB: 8-20-73
Facility: Chm

MR 143

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 2/20/14 | CRNP 1125 | Pop S/C → Chronic Back pain, Pt states Ultram/ wants it ↑. o/a/p → Medical director called, not enough documents to ↑ Ultram, no paperwork from VA clinic yet. Pt request f/u with Dr Jaffe. ordered<br>UWA MAHER |
| 3/2/14 | CRNP 1329 | Pop s/c → c/o meds running out needs med renewal NP<br>O) aware, B quite intact, ROM WNL, strength wnl<br>A) Chronic lower back pr<br>P) Toradol x 3 doses ordered ⓘ elavil order<br>UWA MAHER<br>NP |
| 3/10/14 1500 Ⓑ | MD | For Sick Call...<br>S: "Need to Consult c Pain Management For Chronic Issues"<br>Hx for Back Injury while in military 1993 + Prob. since<br>Need Ultram<br>No Tob<br>O. 41 y.o. B/m - NAD - 231 c 6'3"<br>An Equi. Gait & off/on Gitm<br>A - Chronic Back Pain Syn<br>P - Advised - Rx ⇒ Nsaid on CDx2 + Need PxTx + Ref +<br>Body Posturing etc... See 1st MAC<br>I/m Reluctant c Rx + to Review c Dr. Jaffrey<br>Initiation Related<br>F. Kismick, D.O. |
| 3/19/14 | CRNP | 150 No Show at pop S/C - uwm<br>NP<br>UWA MAHER |

MR 144

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 1/7/14 | NSG 0400 | DC 487 COMPLETE TO BEST OF ABILITY. NO CHART AVAILABLE. — J. Grimley RN |
| 1/7/14<br>2100 | NSG<br>cs 1.8.14 | ANY INJURY OR ILLNESS WHILE OUT TO COURT? ) Denno CZ RN<br>C. Zadravecz, RN |
| 1/19/14 | 1520 | Pop s/c.<br>S) Pt waiting for Appt c Dr. Smith for (Pain mgt.) Pt c/o LBP<br>O) NAD, Lumbar.<br>ROM: EXT. 30°; FLEXION 60°<br>ROT. R 80°; L 90°<br>KEMP TEST ⊖R; ⊖L<br>SLR B/L 80°<br>A) MUSCULAR STRAIN/SPASM.<br>P) F/U DR. SMITH<br>STEPHEN KAMINSKY, PA-C |
| 1/21/14 | | |
| 1/29/14 | CRNP | Pop s/c → states back injury during service. Was a crew chief. Has been on narco. Need narco refill.<br>O) → Pain to lower back with palpation. Flexion ↓ in spine. + reflex to lower leg. Sent ⊕.<br>A) Chronic low back pain<br>P) Ultram 50mg BID ordered for pain until Pt can be seen by Dr. Smith on 1/29/14 as per schedule. MAHE NP |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: FE2483
Number: MOORE
DOB: 8/20/72
Facility: GRA

MR 145

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
| 1/28/14<br>1100 | CRNP | Prp S/C<br>S). Did not get Ultram last evening. ⊕ pain in L/S area. aggravated $\bar{c}$ movement. Had had numbness in ® leg in past but not presently. No dose this a.m.<br>O). Ultram ordered BID. In f/u $\bar{c}$ Dr Smith for pain mgt. ⊕ pain on ® prominence ⊕ spasms palpated. Ambulates $\bar{s}$ difficulty.<br>A). Lumbar strain<br>P). Pass given to get Ultram from Dispensary @ 1300. Will get p.m. dose in evening med line. f/u $\bar{c}$ Dr Smith.<br>— JEA DEFRANGESCO CRNP |
| 1/29/14<br>445 | Med. | CLINIC CANCELLED<br>BY Wexford.<br>B. RUMINSKI<br>WEXFORD HEALTH |
| 2/10/14<br>1514 | CMP | PDP S/C w) Pt have to address. pain med says not sufficient and hasn't seen Dr Smith<br>O: see previous notes. a/p> chronic pain. ↑ med to ultram 100mg BID, pt fine with new regimen.<br>UWA M'HER<br>G.P |

MR 146

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 1/7/14 | NSG 0400 | DC 487 COMPLETE TO BEST OF ABILITY. NO CHART AVAILABLE. — J. Grimley, RN |
| 1/7/14 2100 | NSG 1/8/14 | ANY INJURY OR ILLNESS WHILE OUT TO COURT? ) Denied CZ RN<br>C. Zadravecz, RN |
| 1/19/14 | | 1520  Pop s/c<br>S) Pt waiting for Appt c Dr. Smith for<br>pain mgt. Pt c/o LBP<br>O) NAD, Lumbar.<br>ROM: EXT. 30°; FLEXION 60°<br>ROT. Ⓡ 80°; Ⓛ 90°<br>Kemp TEST ⊖ Ⓡ; ⊖ Ⓛ<br>SLR B/L 80°<br>A) MUSCULAR STRAIN/SPASM.<br>P) F/U DR. SMITH<br>STEPHEN KAMINSKY, PA-C |
| 1/27/14 | CRNP | pop s/c ⇒ states back injury during service.<br>was a Crew Chief. has been on narco. Need narco refill.<br>O ⇒ Pain to lower back with palpation. Flexion ↓ in<br>spine. + reflex to lower leg. bilat ↓.<br>A) Radicular Chronic lower back pain<br>P) ① Refer to disp provider to refill narco<br>② Ultram 50mg BID ordered for pain until Pt can<br>be seen by Dr Smith on 1/29/14 as per schedule. MAHE NP |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: FE2483
Number: MOORE
DOB: 8/20/72
Facility: GNA

**MR 147**

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
| 1/28/14 1100 | CRNP | Pap S/U<br>S). Did not get Ultram last evening. ⊕ pain in L/S area. aggravated ē movement. Has had numbness in ® leg in past but not presently. No bowel this a.m.<br>O). Ultram ordered BID. In f/u ō Dr Smith for pain mgt. ⊕ pain on ulnar prominence ⊕ spasms palpated. Ambulates s̄ difficulty.<br>A). Lumbar strain.<br>P). Pt was given to get Ultram from dispensary @ 1300. Will get p.m. dose in evening med line. f/u ō Dr Smith. |
| 1/29/14 445 | MD | CLINIC CANCELLED BY Wexford.<br>JEA DEFRANGESCO CRNP<br>B. RUMINSKI WEXFORD HEALTH |
| 4/10/14 1514 | CMP | POP S/C 1) Pt here to address pain meds — says not sufficient and hasn't seen Dr Smith<br>O: see previous notes. a/p chronic pain. ↑ med to ultram 100mg BID, Pt fine with new regimen.<br>UWA M HER F.P |

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|
| 11/14/13 1455 | NSG | DC 471 complete. cy RN    C. Zadravecz, RN |
| 11/14/13 1730 | PA | Pt until    R MACHAK PA |
| 11/21/13 | | New side sick call, no show    DR. WILLIAM BAINBRIDGE |
| 11/22/13 11/25/13 1140 | | Pop s/c – No Show    STEPHEN KAMINSKY, PA-C |
| 12/5/13 | 1130 | P-P S/C N/S    MUHAMMAD GOLSORKHI, MD    DEC 5 2013 |
| 12/26/13 1600 | MD | "No Show" for pop Sick Call    F. Klemick, D.O |
| 12/27/13 12/31/13 1600 | MD | For Sick Call – Not Seen/office hrs    F. Klemick, D.O. |
| 1/2/14 | 1150 | P-P S/C N/S    MUHAMMAD GOLSORKHI, MD    JAN 02 2014 |
| 1/2/14 | | | |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: MOORE, TROY
Number: FE-2483
DOB: DOB 08/20/72
Facility: Gra[t]

MR 149

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks — **S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 1/6/14 | 1600 | /op s/c — NOT SEEN — STEPHEN KAMINSKY, PA-C |
| | | p-n s/c |
| 1/9/14 | 1045 | I/M for Med renewal. See orders |
| 1/10/14 | m/p | For Sick Call — "No Show" — F. Klemick, D.O. MUHAMMAD GOLSORKHI, MD |
| | 1500 | |
| 2/4/14 | UAP 1112 | pop s/c → c/o pain med not being sufficient says a lot of pain in the afternoon. chronic back pain. P→ ultram ↑ to TID see supply until pt can be seen by MD, pt went today, md called out. Um |
| 2/5/14 | | UWA M·UAP |

MR 150

# PROGRESS NOTES

| Date/Time | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 11/14/13<br>1455 | NS6 | DC 471 complete. cg RN    C. Zadravecz, RN |
| 11/19/13 | | Pt unable    R MACHAK PA |
| 11/19/13<br>1138 | Pr | |
| 11/21/13 | | New side sick call, no show    DR. WILLIAM BAINBRIDGE |
| 11-22-13 | | |
| 11/25/13 | 1140 | Pop s/c – No Show    STEPHEN KAMINSKY, PA-C |
| 12/5/13 | 1113= | P-P S/c N/S    MUHAMMAD GOLSORKHI, MD    DEC 5 2013 |
| 12-05-13 | | |
| 12-26-13<br>1600 | MD | "No Show" for pop S/ce Call    F. Klemick, D.O |
| 12/27/13 | | |
| 12/31/13<br>1600 | MD | For Sick Call – Not Seen/office hrs    F. Klemick, D.O. |
| 1/2/14 | 1150 | P-P S/c N/S    MUHAMMAD GOLSORKHI, MD    JAN 02 2014 |
| 1/2/14 | | |

| Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472<br>Revised 3/2007 | Name:    MOORE, TROY<br>Number:    FE-2483<br>DOB:    DOB 08/20/72<br>Facility:    Grt | MR 151 |

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks **S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 1/6/14 1600 | | /op s/c - NOT SEEN — STEPHEN KAMINSKY, PA-C |
| 1/9/14 1045 | | IM for Med renewal see orders |
| 1/10/14 1500 | mo | MUHAMMAD GOLSORKHI, MD<br>For Sick Call - "No Show" — F. Klemick, D.O. |
| 4/4/14 1112 / 5/14 | UNP | pop s/c → c/o pain med not being sufficient says a lot of pain in the afternoon. chronic back pain. P₃ ultram ↑ to TID see supplier until pt can be seen by MD, pt went today, MD called out. Um___ UWA M·UPD |

MR 152