IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR., | : | CIVIL ACTION |
| | : | NO. 14-3873 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **18th** day of **December, 2015,** the following is hereby **ORDERED**:

(1) For the reasons set forth in the accompanying memorandum, Plaintiff's Motions for Summary Judgment (ECF Nos. 36 & 38) are **DENIED;** Defendants Giorla and Martin's Motion for Summary Judgment (ECF No. 21) is **GRANTED;** and Defendant McGrogan's Motion for Summary Judgment (ECF No. 24) is **GRANTED.**

(2) Plaintiff's claims against Defendant Walden are **DISMISSED** without prejudice.

(3) Plaintiff's Motion for Sanctions (ECF No. 27) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**