```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR., | : | CIVIL ACTION |
| | : | NO. 14-3873 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

**AND NOW**, this **18th** day of **December, 2015,** it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendants Louis Giorla, Claudette Martin, and Margaret McGrogan, and against Plaintiff. The case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**
