```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TROY LAMONT MOORE, SR.           :          CIVIL ACTION
                                 :
         v.                      :
                                 :
CORRECTIONS OFFICER S. WALTON    :          NO. 14-3873

**O R D E R**

**AND NOW,** this **17th** day of **June, 2016,** it is **ORDERED** that the time within which the U.S. Marshal Service has to serve the amended complaint (ECF #46) upon defendant is extended for 60 days, up to an including **August 19, 2016.**

It is further **ORDERED** that the plaintiff shall promptly complete and return any forms supplied to him by the U.S. Marshal Service, which may assist in the service of the complaint upon the defendant.

**AND IT IS SO ORDERED.**

                                  s/ Eduardo C. Robreno
                                 **EDUARDO C. ROBRENO**

cc: U.S. Marshal