```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TROY LAMONT MOORE            :       CIVIL ACTION
                             :
     v.                      :       NO. 14-3873
                             :
CORRECTIONS OFFICER S. WALTON :

**O R D E R**

**AND NOW,** this **2nd** day of **November, 2016,** it is hereby **ORDERED** that a rule is **ISSUED** for Plaintiff Troy Lamont Moore, Sr. to provide the Court with any additional information he may have on the first name of the Defendant he identified in his Amended Complaint (ECF #46) as Corrections Officer S. Walton[1].

It is further **ORDERED** that if the Plaintiff fails to provide the Court with additional information on Defendant Corrections Officer S. Walton's first name with thirty (30) days from the date of this order then the Court will dismiss the matter for failure to prosecute.

**AND IT IS SO ORDERED.**

                                                   s/ Eduardo C. Robreno
                                                 **EDUARDO C. ROBRENO, J.**

---

[1] The City of Philadelphia has indicated that only individual with a similar name is Saajida Walton who was employed as a correctional officer from July 7, 2008 to April 5, 2014.