IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED DEC 02 2016

TROY LAMONT MOORE SR.          CIVIL ACTION NO. 14-3873

v.

CORRECTIONS OFFICER SAAJIDA WALTON

FILED
DEC 02 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

AND NOW, THIS 15TH DAY OF NOVEMBER, 2016, THE PLAINTIFF TROY LAMONT MOORE SR. FORMALLY SUBMITS THIS VERIFICATION DOCUMENT IN RESPONSE TO THE HONORABLE JUDGE EDUARDO C. ROBRENO's NOVEMBER 2, 2016 ORDER, THAT A RULE IS ISSUED FOR PLAINTIFF MOORE TO PROVIDE THE COURT WITH ANY ADDITIONAL INFORMATION PERTAINING TO DEFENDANT WALTON. AFTER REFILING THE CIVIL ACTION LAWSUIT IN ACCORDANCE TO U.S.C. 1983 ON FEB. 2, 2016 AND A USM-285 U.S. MARSHAL SERVICE SUMMONS ISSUED ON JUNE 15, 2016, THE SUMMONS WAS UNEXECUTED DUE TO LACK OF DEFENDANT INFORMATION. THE PLAINTIFF HAS SINCE ASSERTAINED THAT THE DEFENDANT'S TRUE, FULL AND CORRECT NAME IS "SAAJIDA WALTON" WHO WAS EMPLOYED BY THE CITY OF PHILADELPHIA FROM JULY 7, 2008 TO APRIL 5, 2014. PLAINTIFF TROY MOORE RESPECTFULLY REQUESTS THAT AN ORDER BE PUT FORTH COMPELLING THE U.S. MARSHALS SERVICE TO SERVE DEFENDANT WALTON VIA SUMMONS, UTILIZING DEFENDANT'S FULL NAME (SAAJIDA WALTON) OR THE CIVIL ACTION PROGRESS FORWARD WITH A JUDGEMENT IN FAVOR OF PLAINTIFF DUE TO DEFAULT/ABSENTIA ON THE PART OF THE DEFENDANT.
THANK YOU FOR YOUR TIME AND CONSIDERATION ON THE ABOVE MATTER.

SINCERELY,

TROY L. MOORE SR.
FE2483/CB2053
SCI FOREST
PO BOX 945
MARIENVILLE, PA. 16239