Inmate Name: TROY L. MOORE SR.   DC# FE2483
Housing Unit: CB 2053
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL

neopost
11/29/2016
US POSTAGE $000.46
ZIP 16239
041L12203375

CLERK OF COURTS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 MARKET STREET
PHILA, PA. 19106-1797

Inmate Mail Dept. of Corrections
191063$1796 C01S