```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TROY LAMONT MOORE,                :    CIVIL ACTION
                                  :    NO. 14-3873
    v.                            :
                                  :
CORRECTIONS OFFICER SAAJIDA WALTON :
                                  :

## O R D E R

**AND NOW**, this **19th** day of **December, 2016,** after receiving the Plaintiff's response to the Court's rule to show cause (#49) , it is hereby **ORDERED** as follows:

1. The Clerk of Court is directed to amend the caption for Defendant Corrections Officer S. Walton to read Corrections Officer Saajida Walton.

2. The Clerk is directed to issue summons as to Defendant Corrections Officer Saajida Walton and forward said summons to the U.S Marshal to effectuate service of the amended complaint (ECF #46).

3. The time to effectuate service is extended for a period of 60 days from the date of this order.

    **AND IT IS SO ORDERED.**

                                      _s/ Eduardo C. Robreno_
                                       **EDUARDO C. ROBRENO, J.**