IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TROY LAMONT MOORE SR.                CIVIL ACTION NO. 14-3873

FILED
DEC 27 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

V.

CORRECTIONS OFFICER SAAJIDA WALTON


And now, this 19th day of December, 2016, the plaintiff Troy L. Moore Sr. submits this verification document informing the Honorable Judge Eduardo C. Robreno that plaintiff has received and submitted a (usm-285) Marshals service form to be served on defendant Corrections Officer Saajida Walton at defendants last know address timely. A copy of the outgoing (usm-285) is enclosed with this motion.


SINCERELY,

TROY L. MOORE SR.
FE2483/CB2053
SCI FOREST
PO BOX 945
MARIENVILLE, PA.16239

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE                                Civil Action No.
            PLAINTIFF

v.                                               EDUARDO C. ROBRENO, JUDGE

CORRECTIONS OFFICER
INDUSTRIAL CORRECTIONAL CENTER
8301 STATE ROAD
PHILADELPHIA, PA 19136

FILED
DEC 27 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

CERTIFICATE OF SERVICE

I, Troy L. Moore, hereby certify that on Dec. 21, 2016, I caused to be served a true and correct copy of the following document titled (usm-285) from Troy L. Moore to the following person indicated below;

Corrections Officer Saajida Walton
Industrial Correctional Center
8301 State Road
Philadelphia, Pa 19136

        (VIA)

Dept. of Justice
U.S. Mardhals Service
Eastern District Of Pa.
601 Market Street, room 2110
Phila, Pa. 19106

RESPECTFULLY SUBMITTED,

Troy L. Moore
FE-2483
SCI-Forest
P.O. Box 945
Marienville, Pa 16239

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Troy Moore Sr. | 14-3873 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SAAJIDA WALTON, Corrections Officer | Lawsuit S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
8301 State Road-Philadelphia, Pa. 19136 Correctional Indust. Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 8301 State Road-Philadelphia, Pa. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Moore
Fe2483 / CB1002
SCI Forest
P.O. Box 945
Marienville, Pa. 16239

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | xxx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I am formally requesting that you serve the defendant(SAAJIDA WALTON) at the above stated last known address or assertain defendant's forwarding address from the HR dept. at the above mentioned prison(PICC). It is imperative that you serve Judge Robmreno and plaintiff a copy of process receipt in a timely manner.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: n/a
DATE: 12-21-16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|