Inmate Name TROY L. MOORE SR. DC# FE2483
Housing Unit: CB1002
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL

neopost
12/23/2016
US POSTAGE $000.46⁵
FIRST-CLASS MAIL
ZIP 16239
041L12203375

CLERK OF COURTS
UNITED STATES DISTRICT COURT
U.S. COURT HOUSE
601 MARKET STREET
PHILA, PA. 19106

Inmate Mail Dept. of Corrections