| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | |
|---|---|---|
| **PLAINTIFF**<br>Troy Moore Sr. | **COURT CASE NUMBER**<br>14-3873 | |
| **DEFENDANT**<br>SAAJIDA WALTON, Corrections Officer | **TYPE OF PROCESS**<br>Lawsuit S/C | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
8301 State Road-Philadelphia, Pa. 19136 Correctional Indust.Center

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 8301 State Road-Philadelphia, Pa. 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Troy Moore
Fe2483 / CB1002
SCI Forest
P.O. Box 945
Marienville, Pa. 16239

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | xxx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

I am formally requesting that you serve the defendant(SAAJIDA WALTON) at the above stated last known address or assertain defendant's forwarding address from the HR dept. at the above mentioned prison(PICC). It is imperative that you serve Judge Robnreno and plaintiff a copy of process receipt in a timely manner.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: n/a
DATE: 12-21-16

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk | Date<br>12-29-16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
① Phila Law Dept. has no identifiable record of Individual. Cannot Accept. We do not ascertain legal info from HR in these instances. B DeRosa 1/18/17

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|