neopost
01/27/2017
US POSTAGE $001.40
FIRST-CLASS MAIL
ZIP 16239
041L12003375

Troy L. Moore Sr.
FE2483 / CB1002
SCI FOREST
Po Box 945
MARIENVILLE, PA. 16239