```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| v. | : | |
| C.O. SAAJIDA WALTON | : | NO. 14-3873 |

**O R D E R**

**AND NOW**, this **13th** day of **March, 2017,** it is hereby **ORDERED** as follows:

1. The Clerk of Court is directed to issue summons as to Defendant Corrections Officer Saajida Walton and forward said summons to the U.S. Marshal Service to effectuate service of the amended complaint upon Defendant Corrections Officer Saajida Walton at 3816 Haverford Avenue, Philadelphia, PA 19104-1824.

2. The time to effectuate service is extended for a period of 60 days from the date of this order.

It is further **ORDERED** that the Petitioner's Motion for appointment of counsel (ECF #55) is **DENIED** without prejduice.

**AND IT IS SO ORDERED.**

                                                     s/ Eduardo C. Robreno
                                                    **EDUARDO C. ROBRENO**