IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.,  :
        Plaintiff,  :
    VS.  : Civil Action No. 14-3873
CORRECTIONS OFFICER SAAJIDA WALTON,  :
        Defendant.  :

FILED MAY 08 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk



Notice Of Information Change

And now this 4th day of May, 2017, Plaintiff Troy L. Moore Sr. presents this document to the court in reference to institutional number being officially changed from (FE2483) to (MX9664).

I am formally requesting that the court document the appropriate change in your records/system and acknowledge receipt of this document by way of reply.

    Respectfully Submitted,

                Troy L. Moore Sr.
                Inmate No. MX9664
                SCI Forest
                P.O. Box 945
                Marienville, Pa. 16239