Inmate Name: TROY MOORE      DC# MX9664
Housing Unit: CB1002
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL

neopost
05/05/2017
US POSTAGE $000.46
ZIP 16239
041M12251506

OFFICE OF THE CLERK
U.S. DISTRICT COURT
601 MARKET STREET
PHILA, PA. 19106

Inmate Mail Dept. of Corrections

1910681796 C019