neopost
06/05/2017
US POSTAGE $002
FIRST
ZIP 19033
041M1122
INMATE
MAIL

Troy A. Moore Sr. (MX 96604)
CB1003
SCI Forest
Po Box 945
Marienville, PA. 16239

URTS
District Court
House
ET Street
. 19106

U.S.M.S.
X-RAY