IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY LAMONT MOORE, SR.** | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.: 14-CV-03873 |
| | : | |
| **LOUI9S GIORLA, ET AL.** | : | |

### O R D E R

**AND NOW,** on this **14th** day of **June, 2017,** it is hereby **ORDERED** that a telephone conference to consider Defendant's Motion to Dismiss (ECF No.: 59) will be held on **July 24, 2017 at 2:00 p.m.** with the Honorable Eduardo C. Robreno. Aaron Shotland, Esquire, shall make the appropriate arrangements to make available, by telephone, plaintiff/prisoner Troy Lamont Moore, Sr. (Inmate No.: MX-9664). Once all parties are on the line, the call should be placed directly to the Judge's Chambers, on the date and time above, at 215-597-4073.

IT IS SO ORDERED.

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**