IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY LAMONT MOORE, SR.          :     CIVIL ACTION
                                :     NO. 14-3873
            Plaintiff,          :
                                :
      v.                        :
                                :
LOUIS GIORLA, et al.            :
                                :
            Defendants.         :

### O R D E R

     **AND NOW**, this **24th** day of **July, 2017,** following a
telephone conference with Plaintiff and counsel for Defendant
Saajida Walton, the following is hereby **ORDERED**:

   (1)  Defendant's Motion to Dismiss (ECF No. 59) is **DENIED**
        for the reasons stated on the record during the
        telephone conference.

   (2)  Defendant shall file her Motion for Summary Judgment,
        and a response to Plaintiff's Motion for Summary
        Judgment, by **August 23, 2017.** Plaintiff shall respond
        to Defendant's motion by **September 22, 2017.**

          **AND IT IS SO ORDERED.**


                         **/s/ Eduardo C. Robreno**
                         **EDUARDO C. ROBRENO,    J.**