TROY L. MOORE SR. (MX9464)

CB1002
SCI FOREST
Po Box 945
MARIENVILLE, PA. 16239

UNITED COURT

REET

U.S.M.S.
X-RAY