IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| | : | NO. 14-3873 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this **28th** day of **March, 2018,** upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 60), Defendant's Motion for Summary Judgment (ECF No. 65), Plaintiff's response in opposition thereto (ECF No. 66), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF NO. 60) is **DENIED.**

2. Defendant's Motion for Summary Judgment (ECF No. 65) is **GRANTED.**

3. The clerk shall mark the case as closed.

**AND IT IS SO ORDERED.**

                                          **/s/ Eduardo C. Robreno**
                                          **EDUARDO C. ROBRENO, J.**