IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR. | : | CIVIL ACTION |
| | : | NO. 14-3873 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al. | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT**

**AND NOW**, this **28th** day of **March, 2018,** in accordance with the Court's Memorandum and accompanying Order, it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant against Plaintiff.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**