IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY LAMONT MOORE, SR., | : | CIVIL ACTION |
| | : | NO. 14-3873 |
| Plaintiff, | : | |
| V. | : | |
| LOUIS GIORLA, et al. | : | |
| Defendants. | : | |

### DECLARATION BY PLAINTIFF TROY L. MOORE

I, Troy L. Moore, hereby declare under penalty of perjury and pursuant to 28 USC 1746, that the following is true and correct based upon my personal knowledge or from review of records ;

On 14 June 2017, a telephone conference was scheduled between plaintiff Troy Moore, Defendant's attorney Aaron Shotland and the Honorable Judge Eduardo C. Robreno. The purpose of the conference was to consider defendant Walton's motion to dismiss. After hearing and reviewing opposing arguments, Judge Robreno **[on record]** ruled against defendant Walton's motion on the grounds that plaintiff Moore utilized every possible means to correctly identify defendant Walton with due diligence and the statue of limitations was met. Refer to 8 Feb 2016 order **[EXHIBIT A]**, declaring the 16-0242 civil action was opened in error, shall be closed and the 14-3873 civil action shall stand as an amended complaint correctly identifying defendant Walton in addition to the 14 June 2017 conference order **[EXHIBIT B]**.

Thereby ruling in favor of plaintiff Moore that no new defendant had been added and defendant Walton shall stand as named in the original complaint with the correct spelling of name. Plaintiff Moore respectfully requests the transcripts of the 14 June 2017 telephone conference in its entirety for the 3rd Circut Court to review.

### CERTIFICATE OF SERVICE

I, Troy L. Moore Sr., hereby certify that on 9 April 2018, I caused to be served a true and correct copy of the foregoing document titled Declaration by Troy L. Moore to support motion for appeal to the following :

VIA U.S. MAIL :

Aaron Shotland
City of Philadelphia Law Dept.
1515 Arch St., 14TH FL.
Phila, Pa. 19101

Respectfully Submitted,

Troy L. Moore Sr. (MX-9664)
SCI Forest CB-1030
Po Box 945
Marienville, Pa. 16239

Inmate Name TROY L. MOORE SR.   DC# MX-9664
Housing Unit: CA-1030
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL

neopost
04/06/2018
US POSTAGE $000.47



ZIP 16239
041M12251506

Office of the Clerk

United States Court of Appeals

21400 U.S. Courthouse

601 Market Street

Philadelphia, Pa. 19106



RECEIVED
APR 0 9 2018
U.S.C.A. 3rd Cir.

Inmate Mail Dept. of Corrections
1910631790 C019