UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1868
_____

TROY LAMONT MOORE, SR.,
                        Appellant

v.

C.O. SAAJIDA WALTON
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-14-cv-03873)
District Judge: Honorable Eduardo C. Robreno
_____

Argued: November 8, 2023

Before: RESTREPO, SCIRICA, and SMITH, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 8, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered March 28, 2018, is hereby VACATED and REMANDED. Costs taxed against Appellee. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: March 21, 2024

**Certified as a true copy and issued in lieu of a formal mandate on    04/12/2024**

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**