### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOORE** | : | CIVIL ACTION |
| v. | : | |
| **GIORLA et al** | : | NO.: 14-cv-3873 |

### O R D E R

**AND NOW**, this **12th** day of **APRIL 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Eduardo C. Robreno to the calendar of the Honorable Gerald J. Pappert.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

/s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**