IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., | : |
| | : |
| *Plaintiff*, | : CIVIL ACTION |
| | : No. 14-cv-3873 |
| v. | : |
| | : |
| LOUIS GIORLA, *et al.*, | : |
| | : |
| *Defendants*. | : |

ORDER

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that the application of Sophie West, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

BY THE COURT:

_____
GERALD J. PAPPERT, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., | : |
| | : |
| | : CIVIL ACTION |
| *Plaintiff*, | : No. 14-cv-3873 |
| | : |
| v. | : |
| | : |
| LOUIS GIORLA, *et al.*, | : |
| | : |
| *Defendants*. | : |

## MOTION FOR *PRO HAC VICE* ADMISSION

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves this honorable Court for the admission of Sophie West, Esq., for permission to practice in said Court pursuant to Local Rule of Civil Procedure 83.5.2(b), to aid in the defense of Defendant Saajita Walton. Undersigned counsel certifies that the applicant is a member in good standing of the below referenced state and federal courts and that the applicant's private and personal character is good, and hereby incorporation by reference the attached Affidavit of Sophie West, Esq.

Upon conferring with opposing counsel, Alan Yatvin, there is no objection to this motion, and undersigned counsel certifies he caused this Motion for *Pro Hac Vice* admission to be served on all counsel of record, via the Clerk's Electronic Filing System, ECF/PACER

Date: September 10th, 2024                              Respectfully submitted,

                                                         */s/ Benjamin T. Jackal*
                                                         Benjamin T. Jackal
                                                         Deputy City Solicitor

Pa. Attorney ID No. 319274
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5434 (phone)
ben.jackal@phila.gov

*Attorney for Defendant, Saajita Walton*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., | : |
| *Plaintiff*, | : CIVIL ACTION |
| | : No. 14-cv-3873 |
| v. | : |
| LOUIS GIORLA, *et al.*, | : |
| *Defendants*. | : |

DECLARATION OF APPLICANT SEEKING *PRO HAC VICE* ADMISSION

I, Sophie West, Esq., Deputy City Solicitor for the City of Philadelphia, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am an attorney duly licensed to practice law before the Courts of the State of Colorado. I have been so licensed since December 30th, 2021, and my attorney identification number is 56985.

2. I am also an attorney duly licensed to practice law before the Courts of the State of New York. I have been so licensed since January 8th, 2020, and my attorney identification number is 5753462.

3. In addition, I am admitted to practice law in the Northern District of New York and the Second Circuit. I was admitted to the Northern District of New York on January 28th, 2020, and my attorney identification number is 701606. I was admitted to the Second Circuit on March 5th, 2020, and I was not assigned an attorney identification number.

4.     All of my attorney admissions are active and in good standing, and I have never been suspended from the practice of law in any jurisdiction, nor have I ever received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5.     I have read this honorable Court's policies and procedures and hereby agree to adhere to them in all respects.

6.     I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, and I hereby agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

7.     If granted *pro hac vice* status, I will in good faith continue to advise counsel, Benjamin Jackal, Esq., of the current status of the case and of all material developments therein.

Date: September 10th, 2024                         Respectfully submitted,

                                                                            *Sophie West*
                                                                            _____
                                                                            Sophie West
                                                                            Deputy City Solicitor
                                                                            City of Philadelphia Law Department
                                                                            1515 Arch Street, 14th Floor
                                                                            Philadelphia, PA 19102
                                                                            215-683-5434 (phone)
                                                                            sophie.west@phila.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY LAMONT MOORE, SR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action** |
| : | **No. 2:14-cv-03873-GJP** |
| **LOUIS GIORLA, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Motion for *Pro Hac Vice* Admission has been filed on ECF and is available for viewing and downloading.

Respectfully submitted:

Date: September 10, 2024        /s/ *Benjamin T. Jackal*
                                                 Benjamin T. Jackal
                                                 Deputy City Solicitor
                                                 Attorney Identification No. 319274
                                                 City of Philadelphia Law Department
                                                 1515 Arch Street, 14th Floor
                                                 Philadelphia, PA  19102-1595
                                                 (215) 683-5434
                                                 *ben.jackal@phila.gov*