# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., *Plaintiff,* v. C.O. SAAJIDA WALTON, *Defendant.* | CIVIL ACTION NO. 14-3873 |

## ORDER

**AND NOW**, this 12th day of November 2024, upon consideration of the City of Philadelphia's Motion to Quash or Modify the Subpoena (ECF No. 89), Plaintiff's Response (ECF No. 91), and the City of Philadelphia's Reply (ECF No. 92), it is hereby **ORDERED** that the Motion is **GRANTED** and Moore's Subpoena is **QUASHED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.