IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., *Plaintiff,* <br> v. <br> C.O. SAAJIDA WALTON, *Defendant.* | CIVIL ACTION <br> NO. 14-3873 |

## ORDER

**AND NOW**, this 18th day of July 2025, upon consideration of Troy Lamont Moore's Motion for Sanctions under Federal Rule of Civil Procedure 11(b), (ECF No. 99), Saajida Walton's Response, (ECF No. 100), Moore's Reply, (ECF No. 102), and following oral argument with counsel for the parties, (ECF No. 106), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 **/s/ Gerald J. Pappert**
Gerald J. Pappert, J.