IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY LAMONT MOORE, SR., *Plaintiff,* v. C.O. SAAJIDA WALTON, *Defendant.* | CIVIL ACTION NO. 14-3873 |

## ORDER

**AND NOW**, this 29th day of October 2025, upon consideration of plaintiff Troy Lamont Moore, Sr.'s Motion for Summary Judgment, (Dkt. No. 60), defendant Saajida Walton's Motion for Summary Judgment, (Dkt. No. 65), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, (Dkt. No. 66), the Third Circuit Court of Appeals Remand Order and Opinion, (Dkt. No. 75), and both parties' Supplemental Briefing, (Dkt. Nos. 112–114, 118), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment, (Dkt. No. 60), is **DENIED**.
2. Defendant's Motion for Summary Judgment, (Dkt. No. 65), is **GRANTED** and judgment shall be entered in favor of Defendant and against Plaintiff.
3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.